# Exhibit A

BENEFIT ID#: CS12094608



Address Change? Please contact our
Customer Service Department

# Final Notice



Erica Reiners
1164 S. Acoma St. Unit 323
Denver, CO 80210-1646

358

Contact: 1-877-302-2178
Assigned Dept. Clarity Solutions Center
NOTICE DATE: August 17th, 2018

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Erica Reiners
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Erica,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder you may be eligible to convert your current high-interest loan into a federally-backed consolidation with a lower rate*.

These government programs are based on income and family size, aimed to be as affordable as possible for each individual. Your loans in the amount of $20,000 may even be eligible for total loan forgiveness.

Benefits of this program may include:
- **No credit check**
- **Interest rate reduction**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

Please create your Federal Student Aid ID and call by September 17th, 2018 or before your next payment is due: 1-877-302-2178

**CREATING YOUR FSA ID**
To create your new student FSA ID, go to the URL below to reach the Federal Aid Website. Follow the steps completely to create your ID.

**IMPORTANT:** This is a government website which CSC does not own. FSA ID creation is a government program which CSC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-877-302-2178
Monday – Friday 7:00am – 6:00pm PST



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-302-2178**
**REFERENCE BENEFIT ID: CS12094608**

CSC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third party processing agency.

*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

000115885