Name and address:
Aaron D. Aftergood (SBN 239853)
The Aftergood Law Firm
1880 Century Park East, Suite 200
Los Angeles, California 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erica Reiners, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> Chou Team Realty, LLC d/b/a MonsterLoans, et al., <br><br> Defendant(s), | CASE NUMBER <br><br> **2:20-cv-6587** <br><br> **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** <br> *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. *ELECTRONIC SIGNATURES ARE NOT ACCEPTED.* Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. *Out-of-state federal government attorneys are not required to pay the $400 fee.* (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Smith, Taylor T.
*Applicant's Name (Last Name, First Name & Middle Initial)*          check here if federal government attorney ☐

Woodrow & Peluso, LLC
*Firm/Agency Name*

| 3900 E. Mexico Ave. | 720-907-7628 | 303-927-0809 |
|---|---|---|
| Suite 300 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Denver, CO 80210 | tsmith@woodrowpeluso.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Erica Reiners | ☒ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____ |
|---|---|
| _____ | ☐ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Supreme Court of Colorado | 10/30/2017 | Active and in Good Standing |
| Ninth Circuit Court of Appeals | 3/9/2020 | Active and in Good Standing |
| U.S.D.C. for the District of Colorado | 11/20/2017 | Active and in Good Standing |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 19-cv-02435 | Nathan v. Los Angeles Times Communications, | 12/24/2019 | Granted |
| 19-cv-10071 | Eggleston v. Direct Protect Security | 11/25/2019 | Granted |
| 19-cv-01257 | Abbink v. Experian | 6/21/2019 | Granted |
| 19-cv-02874 | Wigod v. CallFire | 5/30/2019 | Granted |
| 19-cv-00098 | Benitez v. Powerline Funding | 1/21/2019 | Granted |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  7/22/20

Taylor T. Smith
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Aftergood, Aaron D.
*Designee's Name (Last Name, First Name & Middle Initial)*

The Aftergood Law Firm
*Firm/Agency Name*

1880 Century Park East
Suite 200
*Street Address*

Los Angeles, CA 90067
*City, State, Zip Code*

(310) 551-5221
*Telephone Number*

(310) 496-2840
*Fax Number*

aaron@aftergoodesq.com
*Email Address*

239853
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 7/23/20

Aaron D. Aftergood
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Admissions (cont.)
- U.S. District Court for the E.D. of Michigan - 11/28/2017 - active and in good standing
- U.S. District Court for the N.D. of Illinois - 2/22/2018 - active and in good standing

Pro Hac Vice Applications (cont.)
- 18-cv-01753 - Herrera v. Soothe, Inc. - 10/1/2018 - Granted
- 18-cv-03893 - Munoz v. 7-Eleven, Inc. - 5/15/2018 - Granted
- 18-cv-03886 - Imamura v. Eaton Corporation - 5/15/2018 - Granted



## State of Colorado

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Taylor True Smith**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **30th** day of **October** A. D. **2017** and that at the date hereof the said **Taylor True Smith**

is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **23rd** day of **June** A. D. **2020**

**Cheryl Stevens**
Clerk

By *[signature]*
Deputy Clerk