Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
THE AFTERGOOD LAW FIRM
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Erica Reiners, et al., | | CASE NUMBER |
|---|---|---|
| | v.    Plaintiff(s) | 2:20-cv-6587 |
| Chou Team Realty, LLC d/b/a MonsterLoans, Lend Tech Loans, Inc., Sean Cowell, Thomas Chou, Mikael Van Loon, Jawad Nesheiwat, and Eduardo Martinez, | | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| | Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Smith, Taylor T.
*Applicant's Name (Last Name, First Name & Middle Initial)*
720-907-7628        303-927-0809
*Telephone Number*    *Fax Number*
tsmith@woodrowpeluso.com
*E-Mail Address*

of

Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff Erica Reiners

*Name(s) of Party(ies) Represent*    ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Aftergood, Aaron D.
*Designee's Name (Last Name, First Name & Middle Initial)*
239853        310-551-5221        (310) 496-2840
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
aaron@aftergoodesq.com
*E-Mail Address*

of

The Aftergood Law Firm
1880 Century Park East, Suite 200
Los Angeles, California 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

                                                            **U.S. District Judge/U.S. Magistrate Judge**