AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Erica Reiners, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> (See addendum on following page) <br><br> *Defendant(s)* | Civil Action No.  2:20-cv-06587-VAP-JC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  
    Jawad Nesheiwat, an individual  
    2 Forest Street  
    Ladera Ranch, CA 92694

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron D. Aftergood  
    The Aftergood Law Firm  
    1880 Century Park East, Suite 200  
    Los Angeles, CA 90067  
    Ph:  (310) 551-5221  
    Email:  aaron@aftergoodesq.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____  
                                                         *Signature of Clerk or Deputy Clerk*

<u>Addendum to Summons in a Civil Action</u>

List of Defendants:

Chou Team Realty, LLC d/b/a MonsterLoans, a California limited liability company,
Lend Tech Loans, Inc., a California corporation,
Sean Cowell, an individual,
Thomas Chou, an individual,
Mikael Van Loon, an individual,
Jawad Nesheiwat, an individual, and
Eduardo Martinez, an individual

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-06587-VAP-JC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: