# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erica Reiners<br><br>v.<br><br>Chou Team Realty, LLC et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>2:20-cv-06587 VAP(JCx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_July 27, 2020_          _James V. Selna_
Date                United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____          _____
Date                United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _8:20-cv-00043 JVS(ADSx)_ and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _Chooljian_ to Magistrate Judge _Spaeth_.

On all documents subsequently filed in this case, please substitute the initials _JVS(ADSx)_ after the case number in place of the initials of the prior judge, so that the case number will read _2:20-cv-06587 JVS(ADSx)_. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] Previous Judge   [ ] Statistics Clerk
CV-34 (03/19)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (Related Cases)