AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

Erica Reiners, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

Chou Team Realty, LLC d/b/a MonsterLoans, a California limited liability company, Lend Tech Loans, Inc., a California corporation, Sean Cowell, an individual, (See attachment #1)

*Defendant(s)*

Civil Action No. 2:20-cv-06587-VAP-JC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chou Team Realty, LLC d/b/a MonsterLoans, a California limited liability company
c/o Mikael Van Loon, registered agent
25391 Commercentre Dr., Suite 100, Lake Forest, California 92630

Lend Tech Loans, Inc., a California corporation
1851 E. 1st Street, #810, Santa Ana, CA 92705

(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron D. Aftergood
aaron@aftergoodesq.com
The Aftergood Law Firm
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: July 29, 2020

/s/ E. Synagogue

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-06587-VAP-JC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                              *Server's signature*

                              _____
                              *Printed name and title*

                              _____
                              *Server's address*

Additional information regarding attempted service, etc:

Aaron D. Aftergood (239853)
    aaron@aftergoodesq.com
THE AFTERGOOD LAW FIRM
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith*
    tsmith@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Pro Hac Vice admission to be sought

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erica Reiners, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Chou Team Realty, LLC d/b/a MonsterLoans, a California limited liability company, Lend Tech Loans, Inc., a California corporation, Sean Cowell, an individual, Thomas Chou, an individual, Mikael Van Loon, an individual, Jawad Nesheiwat, an individual, and Eduardo Martinez, an individual,<br><br>Defendants. | Case No.<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

CLASS ACTION COMPLAINT — - 1 -

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ERICA REINERS, et al. v. CHOU TEAM REALTY, LLC D/B/A MONSTERLOANS, et al.
CASE NO. 2:20-CV-06587-VAP-JC

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

CHOU TEAM REALTY, LLC D/B/A MONSTERLOANS
c/o Mikael Van Loon, registered agent
25391 Commercentre Dr., Suite 100
Lake Forest, CA 92630

LEND TECH LOANS, INC.
1851 E. First St. #810
Santa Ana, CA 92705

SEAN COWELL
24632 La Plata Drive
Laguna Niguel, CA 92677

THOMAS CHOU
10431 Shady Canyon Rd.
Santa Ana, CA 92705

MIKAEL VAN LOON
25391 Commercentre Dr., Suite 200
Lake Forest, CA 92630

JAWAD NESHEIWAT
2 Forest St.
Ladera Ranch, CA 92694

EDUARDO MARTINEZ
6529 Berry Ave.
Buena Park, CA 90620