| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| Woodrow & Peluso, LLC<br>3900 E. Mexico Ave., Suite 300<br>Denver, CO 80210 | | |
| E-MAIL: tsmith@woodrowpeluso.com | | |
| ATTORNEY FOR: Erica Reiners, individually and on behalf of all others | | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>United States District Court, Central<br>411 W. Fourth St.<br>Santa Ana, CA 92701<br>Central District Court of California | | |

| PLAINTIFF:<br>Erica Reiners, individually and on behalf of all others | COURT CASE NO.: |
|---|---|
| DEFENDANT:<br>Chou Team Realty, LLC d/b/a MonsterLoans, a California | 2:20-CV-06587-VAP-JC |
| **Proof of Service - Summons** | LEVYING OFFICER FILE NO.:<br>2020103274 |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):   Class Action Complaint Jury Trial Demand,  Attachment #2 to Summons,  Exhibit A, Complaint, Proof of service, Summons

3. a. Party served:         **Sean Cowell**

4. Address where party was served:         24511 Trabuco Rd.
   Lake Forest, CA  92630

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1) on: 08/17/2020 (2) at: 02:37 PM.

7. Person who served papers:
   a. Name:  **Ryan Rogers #10097**
   b. Address:  **Sheriff's Civil Division Room 108 4601 Jamboree Blvd  Newport Beach, CA  92660**
   c. Telephone Number:   **(949) 476-4820**
   d. The fee for service was:  **$40.00**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Tuesday, August 18, 2020

_R Rogers #10097_
Sheriff's Authorized Agent
Don Barnes, Sheriff-Coroner

Hearing:  <No Information>

Remarks