**PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
  plepiscopo@att.net
LEPISCOPO & ASSOCIATES LAW FIRM
695 Town Center Drive, 7TH Floor
Costa Mesa, California 92626
Telephone: (949) 878-9418
Facsimile: (619) 330-2991

Attorneys for Defendant, **JAWAD NESHEIWAT**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| **ERICA REINERS**, individually and on behalf of all others similarly situated, | Case No. **2:20-cv-06587-JVS-ADS** |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| **CHOU TEAM REALTY LLC,** *et al.,* | COURTROOM:  **10-C** |
| Defendants. | JUDGE: **HON. JAMES V. SELNA** |
| | TRIAL DATE:  **None Set** |

Plaintiff Erica Reiners ("Plaintiff") and defendant Jawad Nesheiwat ("Nesheiwat") (collectively the "Parties") hereby stipulate as follows:

1.  The complaint in this matter was filed on July 23, 2020 (ECF 1).

2.  Defendant Nesheiwat's legal counsel accepted service of process of the complaint and Nesheiwat's response to the complaint is due September 28, 2020.

---

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**1**

LEPISCOPO & ASSOCIATES LAW FIRM

LEPISCOPO & ASSOCIATES LAW FIRM

3. Plaintiff and Nesheiwat's legal counsel are currently engaged in meet and confer discussions under Local Rule 7-3.

4. This week Plaintiff's legal counsel are engaged in a mediation.

5. The Parties need additional time to finalize their meet and confer discussions under Local Rule 7-3.

6. Based on the foregoing, the Parties have agreed that Nesheiwat may have an additional seven (7) days to file his response to the complaint, which would make his response due to be filed and served on or before October 5, 2020.

7. The Parties, in good faith, believe that the requested 7-days extension will preserve the parties' and the Court's resources and will not unduly delay this action.

8. All signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

Dated:  September 21, 2020.    **LEPISCOPO & ASSOCIATES LAW FIRM**

By: /s/ Peter D. Lepiscopo_____
    **PETER D. LEPISCOPO**
        Attorneys for Defendant, **JAWAD NESHEIWAT**

Dated:  September 21, 2020.    **WOODROW & PELUSO, LLC**

By: /s/ Taylor T. Smith_____
    **TAYLOR T. SMITH**
    Attorneys for Plaintiff, **ERICA REINERS**

1

## CERTIFICATE OF SERVICE

2

I hereby certify that a true and correct copy of the foregoing document has

3

been served on the Court and all counsel of record via the Court's electronic filing

4

5

system on September 21, 2020.

6

Dated: September 21, 2020.                    Respectfully submitted,

7

8

/s/ Peter D. Lepiscopo          .

9

**PETER D. LEPISCOPO**
 *Counsel of Record*

10

11

Attorneys for Defendant, **JAWAD
NESHEIWAT**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

LEPISCOPO & ASSOCIATES LAW FIRM

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

28

3