Aaron D. Aftergood (239853)
    aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith*
    tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Pro Hac Vice*

Attorneys for Plaintiff and the Class

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**Erica Reiners,** individually and on behalf of all others similarly situated,

                    Plaintiff,

v.

**Chou Team Realty, LLC** d/b/a **MonsterLoans**, a California limited liability company, **Lend Tech Loans, Inc.**, a California corporation, **Sean Cowell**, an individual, **Thomas Chou**, an individual, **Mikael Van Loon**, an individual, **Jawad Nesheiwat**, an individual, and **Eduardo Martinez**, an individual,

                    Defendants.

Case No.   2:20-cv-06587-JVS-ADS

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS CHOU TEAM REALTY, LLC, SEAN COWELL, MIKAEL VAN LOON, AND THOMAS CHOU TO FILE THEIR RESPONSE TO PLAINTIFF'S COMPLAINT**

Plaintiff Erica Reiners ("Plaintiff" or "Reiners") and Defendants Chou Team Realty, LLC d/b/a MonsterLoans ("MonsterLoans"), Sean Cowell ("Cowell"), Thomas Chou ("Chou"), Mikael Van Loon ("Van Loon") (collectively "Stipulating Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on July 23, 2020, Plaintiff filed a putative class action complaint ("Complaint") against Stipulating Defendants as well as Lend Tech Loans, Inc., Eduardo Martinez, and Jawad Nesheiwat. (Dkt. 1)

WHEREAS, on August 17, 2020, Cowell was served with the Complaint and Summons (dkt. 31), placing his deadline to respond on or before September 8, 2020.

WHEREAS, on August 31, 2020, Chou was served with the Complaint and Summons, placing his deadline to respond on or before September 21, 2020.

WHEREAS, on September 3, 2020, MonsterLoans was served with the Complaint and Summons, placing its deadline to respond on or before September 24, 2020.

WHEREAS, on September 3, 2020, Van Loon was served with the Complaint and Summons, placing his deadline to respond on or before September 24, 2020.

WHEREAS, Plaintiff and Stipulating Defendants, through their counsel, have engaged in informal discussions regarding their respective views of the case and agree as follows.

IT IS HEREBY STIPULATED by and between Plaintiff and Stipulating Defendants, through their counsel, agree that Stipulating Defendants shall answer or otherwise response to Plaintiff's Complaint on or before October 15, 2020.

Respectfully submitted,

Dated:  October 2, 2020     **Erica Reiners**, individually and on behalf of all others similarly situated,

 /s/ Taylor T. Smith

One of Plaintiff's Attorneys

Aaron D. Aftergood (239853)
 aaron@aftergoodesq.com
The Aftergood Law Firm
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith (*admitted pro hac vice*)
 tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Class*

**Chou Team Realty, LLC, Sean Cowell,
Thomas Chou, and Mikael Van Loon,**

Dated: October 2, 2020       /s/ Sean P. Burke

Sean P. Burke
Mattingly Burke Cohen & Biederman LLP
155 East Market Street, Suite 400
Indianapolis, IN 46204
Tel: (317) 614-7320
Sean.Burke@mbclaw.com

*Counsel for Defendants Chou Team Realty,
LLC, Sean Cowell, and Mikael Van Loon*

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Defendants'

counsel concurs with the content of this document and has authorized me to affix her

signature to the document and file the same with the Court.

*/s/ Taylor T. Smith*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via Court's ECF system on October 2, 2020.

*/s/ Taylor T. Smith*