**PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
   plepiscopo@att.net
LEPISCOPO & ASSOCIATES LAW FIRM
695 Town Center Drive, 7TH Floor
Costa Mesa, California 92626
Telephone: (949) 878-9418
Facsimile: (619) 330-2991

Attorneys for Defendant, **JAWAD NESHEIWAT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| **ERICA REINERS**, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>**CHOU TEAM REALTY LLC,** *et al.,*<br><br>     Defendants. | Case No.  **2:20-cv-06587-JVS-ADS**<br><br>**DEFENDANT JAWAD NESHEIWAT'S NOTICE OF MOTION AND MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO STRIKE THE FIRST CAUSE OF ACTION**<br><br>[F.R.Civ.P. Rules 12(b), 12(f), 19, & 23; 15 U.S.C. § 1681p(1); 28 U.S.C. §§ 1367, *et seq.*; L.R. 7-3]<br><br>\* This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on 9/23/20.<br><br>     DATE:  **January 11, 2021**<br>     TIME:  **1:30 p.m.**<br>COURTROOM: **10-C**<br>JUDGE: **HON. JAMES V. SELNA**<br>TRIAL DATE:  **None Set** |

**DEFENDANT JAWAD NESHEIWAT'S NOTICE OF MOTION AND MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO STRIKE THE FIRST CAUSE OF ACTION**

1

## COMPLIANCE WITH LOCAL RULE 7-3

On September 23, 2020 a conference of counsel was held pursuant Local Rule 7-3. (*See* Decl. of Lepiscopo ¶4.)

## NOTICE OF MOTION AND MOTION

**TO THE HONORABLE JAMES V. SELNA, U.S. DISTRICT JUDGE, AND TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 11, 2021 at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 10-C of the above-entitled Court, located at the Ronald Reagan Federal Building & United States Courthouse, 411 West 4th Street, Santa Ana, California 92701, pursuant to Rules 12(b), 12(f), 19, & 23 of the Federal Rules of Civil Procedure ("F.R.Civ.P."), 15 U.S.C. § 1681p(1), 28 U.S.C. §§ 1367, *et seq.*, and Local Rule 7-3, defendant, Jawad Nesheiwat, shall and hereby does move the Court for an order dismissing the complaint, or, in the alternative, to striking the first cause of action in the complaint and then dismissing the state action pursuant to 28 U.S.C. §§ 1367, *et seq.*

**PLEASE TAKE FURTHER NOTICE** that this motion is based upon this notice and motion and the concurrently filed Memorandum of Points and

Authorities, Exhibits 1 through 5, Declaration of Peter D. Lepiscopo, Esq., and Request for Judicial Notice.

Dated: October 5, 2020.    **LEPISCOPO & ASSOCIATES LAW FIRM**

By: /s/ Peter D. Lepiscopo_____
    **PETER D. LEPISCOPO**
    *Counsel of Record*

Attorneys for Defendant, **JAWAD NESHEIWAT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the Court and all counsel of record via the Court's electronic filing system on October 5, 2020.

Dated: October 5, 2020.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Peter D. Lepiscopo　　．
　　　　　　　　　　　　　　　　**PETER D. LEPISCOPO**
　　　　　　　　　　　　　　　　　*Counsel of Record*

　　　　　　　　　　　　　　　　Attorneys for Defendant, **JAWAD NESHEIWAT**