**PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
   plepiscopo@att.net
LEPISCOPO & ASSOCIATES LAW FIRM
695 Town Center Drive, 7TH Floor
Costa Mesa, California 92626
Telephone: (949) 878-9418
Facsimile: (619) 330-2991

Attorneys for Defendant, **JAWAD NESHEIWAT**

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| **ERICA REINERS**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **CHOU TEAM REALTY LLC,** *et al.,* <br><br> Defendants. | Case No. **2:20-cv-06587-JVS-ADS** <br><br> **DECLARATION OF PETER D. LEPISCOPO, ESQ. IN SUPPORT OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO STRIKE THE FIRST CAUSE OF ACTION** <br><br> [F.R.E. Rule 201; F.R.Civ.P. Rules 12(b), 12(f), 19, & 23; 15 U.S.C. § 1681p(1); 28 U.S.C. §§ 1367, *et seq*.; L.R. 7-3] <br><br> **\*** This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on 9/23/20. <br><br> DATE: **January 11, 2021** <br> TIME: **1:30 p.m.** <br> COURTROOM: **10-C** <br> JUDGE: **HON. JAMES V. SELNA** <br> TRIAL DATE: **None Set** |

**DECLARATION OF PETER D. LEPISCOPO, ESQ. IN SUPPORT OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO STRIKE THE FIRST CAUSE OF ACTION**

1

# DECLARATION OF PETER D. LEPISCOPO, ESQ.

I, Peter D. Lepiscopo, declare under the penalty of perjury as follows:

**1.** I am an attorney licensed to practice law in the State of California and a Member of the Bar of this Court. I am over the age of eighteen and have personal knowledge of the matters stated herein, except those stated on information and belief, and as to those I believe them to be true.

**2.** I am now and have been throughout these proceedings counsel of record for defendant Jawad Nesheiwat ("Defendant" or "Nesheiwat").

**3.** I am now and have been counsel of record for Nesheiwat in an action currently pending in this Court and assigned to the Honorable James V. Selna, United States District Judge, which is styled: *Bureau of Consumer Financial Protection v. Chou Team Realty* LLC, *et al., Case No.* 8:20-cv-00043-JVS-ADS ("Prior Action").

**4.** This motion to dismiss is made following the conference of counsel held on September 23, 2020, pursuant to L.R. 7-3 between me and Plaintiff's counsel of record, Taylor T. Smith, Esq. The conference was held via telephone because my office is located in Orange County, State of California, and Plaintiff's counsel is located in Denver, Colorado. Unfortunately, Plaintiff's counsel and I could not reach an agreement and, therefore, this motion to dismiss/strike followed.

**5.** Pursuant to Section J of the Court's 7/29/20 *Initial Order Following Filing of Complaint Assigned to Judge Selna* (ECF No. 27), I have attached true and correct copies of the following documents filed in this action and the Prior Action:

| EXHIBIT | DOCUMENT |
|---|---|
| 1 | Complaint (ECF No. 1) filed in *Erica Reiners v. Chou Team Realty* LLC, *et al.*, Case No. 2:20-cv-06587-JVS-ADS |
| 2 | SAC (ECF No. 141) filed in *Bureau of Consumer Financial Protection v. Chou Team Realty* LLC, *et al.*, Case No. 8:20-cv-00043-JCS-ADS |
| 3 | Prior Action Judgment (ECF No. 90) filed in *Bureau of Consumer Financial Protection v. Chou Team Realty* LLC, *et al.*, Case No. 8:20-cv-00043-JCS-ADS |
| 4 | Transfer Order (ECF No. 25) filed in *Erica Reiners v. Chou Team Realty* LLC, *et al.*, Case No. 2:20-cv-06587-JVS-ADS |
| 5 | Schduling Order (ECF No. 83) filed in *Bureau of Consumer Financial Protection v. Chou Team Realty* LLC, *et al.*, Case No. 8:20-cv-00043-JCS-ADS |

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 5th day of October 2020 at Orange County, California.

By: /s/ Peter D. Lepiscopo
    **PETER D. LEPISCOPO**
    *Counsel of Record*
    Attorneys for Defendant, **JAWAD NESHEIWAT**

LEPISCOPO & ASSOCIATES LAW FIRM

**DECLARATION OF PETER D. LEPISCOPO, ESQ. IN SUPPORT OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO STRIKE THE FIRST CAUSE OF ACTION**
3

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the Court and all counsel of record via the Court's electronic filing system on October 5, 2020.

Dated: October 5, 2020.                    Respectfully submitted,

                                      /s/ Peter D. Lepiscopo          .
                                      **PETER D. LEPISCOPO**
                                        *Counsel of Record*

                                    Attorneys for Defendant, **JAWAD NESHEIWAT**

LEPISCOPO & ASSOCIATES LAW FIRM

**DECLARATION OF PETER D. LEPISCOPO, ESQ. IN SUPPORT OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO STRIKE THE FIRST CAUSE OF ACTION**
**4**