**PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
  plepiscopo@att.net
LEPISCOPO & ASSOCIATES LAW FIRM
695 Town Center Drive, 7TH Floor
Costa Mesa, California 92626
Telephone: (949) 878-9418
Facsimile: (619) 330-2991

Attorneys for Defendant, **JAWAD NESHEIWAT**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| **ERICA REINERS**, individually and on behalf of all others similarly situated, <br><br>  Plaintiff, <br><br> v. <br><br> **CHOU TEAM REALTY LLC,** *et al.,* <br><br>  Defendants. | Case No.  **2:20-cv-06587-JVS-ADS** <br><br> **DEFENDANT JAWAD NESHEIWAT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO STRIKE THE FIRST CAUSE OF ACTION** <br><br> [F.R.E. Rule 201; F.R.Civ.P. Rules 12(b), 12(f), 19, & 23; 15 U.S.C. § 1681p(1); 28 U.S.C. §§ 1367, *et seq.*; L.R. 7-3] <br><br> **\*** This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on 9/23/20. <br><br> DATE: **January 11, 2021** <br> TIME: **1:30 p.m.** <br> COURTROOM: **10-C** <br> JUDGE: **HON. JAMES V. SELNA** <br> TRIAL DATE: **None Set** |

**DEFENDANT JAWAD NESHEIWAT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO STRIKE THE FIRST CAUSE OF ACTION**

1

# REQUEST FOR JUDICIAL NOTICE

**TO THE HONORABLE JAMES V. SELNA, U.S. DISTRICT JUDGE, AND TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 201 of the Federal Rules of Evidence defendant Jawad Nesheiwat hereby requests the Court to judicially notice the following records of this Court, which are attached to the motion as follows:

| GOVERNMENT ENTITY | DOCUMENT |
|---|---|
| U.S. District Court, Central District of California | **Exhibit 1**: Complaint (ECF No. 1) in *Erica Reiners v. Chou Team Realty* LLC, *et al.*, Case No. 2:20-cv-06587-JVS-ADS |
| U.S. District Court, Central District of California | **Exhibit 2**: Complaint (ECF No. 141) in *Bureau of Consumer Financial Protection v. Chou Team Realty* LLC, *et al.*, Case No. 8:20-cv-00043-JCS-ADS |
| U.S. District Court, Central District of California | **Exhibit 3**: Judgment (ECF No. 90) in *Bureau of Consumer Financial Protection v. Chou Team Realty* LLC, *et al.*, Case No. 8:20-cv-00043-JCS-ADS |
| U.S. District Court, Central District of California | **Exhibit 4**: Transfer Order (ECF No. 25) in *Erica Reiners v. Chou Team Realty* LLC, *et al.*, Case No. 2:20-cv-06587-JVS-ADS |
| U.S. District Court, Central District of California | **Exhibit 5**: Scheduling Order (ECF No. 83) in *Bureau of Consumer Financial Protection v. Chou Team Realty* LLC, *et al.*, Case No. 8:20-cv-00043-JCS-ADS |

Dated:  October 5, 2020.        **LEPISCOPO & ASSOCIATES LAW FIRM**

By: /s/ Peter D. Lepiscopo_____
   **PETER D. LEPISCOPO**
     *Counsel of Record*
   Attorneys for Defendant, **JAWAD NESHEIWAT**

**DEFENDANT JAWAD NESHEIWAT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO STRIKE THE FIRST CAUSE OF ACTION**

2

LEPISCOPO & ASSOCIATES LAW FIRM

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the Court and all counsel of record via the Court's electronic filing system on October 5, 2020.

Dated: October 5, 2020.  Respectfully submitted,

/s/ Peter D. Lepiscopo  .
**PETER D. LEPISCOPO**
  *Counsel of Record*

Attorneys for Defendant, **JAWAD NESHEIWAT**