

## Lepiscopo & Associates

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**SAN DIEGO OFFICE**



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-00043JVS(ADSx) | Date | May 6, 2020 |
| Title | Bureau of Consumer Financial Protection v Chou Team Realty LLC, et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] ORDER RE SCHEDULING DATES**

The Court has read and considered the parties Rule 26(f) Report and sets the following dates:

| | |
|---|---|
| **Jury Trial** | **July 13, 2021 at 8:30 a.m.** |
| **Final PreTrial Conference** | **June 28, 2021 at 11:00 a.m.** |
| File PreTrial Documents not later than June 21, 2021 | |
| File motions in limine not later than May 31, 2021 | |
| **Discovery Cut-off** | **March 29, 2021** |
| **Expert Discovery Cut-off** | **February 15, 2021** |
| Initial disclosure of Experts not later than December 14, 2020 | |
| Rebuttal disclosure of Experts not later than January 18, 2021 | |
| **Law and Motion Cut-off** | **May 24, 2021 at 1:30 p.m.** |
| Motions to be filed and served not later than April 26, 2021 | |
| **Last Day to Amend Pleadings or Add Parties July 31, 2020** | |

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR #2 before the Court's Attorney Settlement Panel. The Court orders that any settlement discussions shall be completed not later than November 30, 2020. Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

**The Scheduling Conference set for May 11, 2020 at 10:30 a.m. is VACATED.**

A Status Conference is set for October 19, 2020 at 10:30 a.m. Counsel shall file a joint report by October 12, 2020.

| | : | 0 |
|---|---|---|
| | Initials of Preparer | lmb |