# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| **ERICA REINERS**, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>**CHOU TEAM REALTY LLC,** *et al.*,<br><br>　　Defendants. | Case No. **2:20-cv-06587-JVS-ADS**<br><br>*[PROPOSED]* **ORDER RE: MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO STRIKE THE FIRST CAUSE OF ACTION**<br><br>COURTROOM: **10-C**<br>JUDGE: **HON. JAMES V. SELNA**<br>TRIAL DATE: **None Set** |

# **ORDER**

The motion of defendant Jawad Nesheiwat to dismiss the Complaint [ECF 1] pursuant Rules 12(b), 12(f), 19, & 23 of the Federal Rules of Civil Procedure ("F.R.C.P."), 15 U.S.C. § 1681p(1), 28 U.S.C. §§ 1367, *et seq*., and Local Rule 7-3 came on regular before this 11th day of January, 2021, and having considered the moving papers and papers in opposition and reply, as well as argument of counsel;

**IT IS HEREBY ORDERED** that the motion shall be and hereby is GRANTED; and

**____ IT IS FURTHER ORDERED** that the complaint [ECF 1] shall be and hereby is DISMISSED;

OR

**____ IT IS HEREBY ORDERED** that the First Cause of Action shall be and hereby is stricken, and as the Court no longer has subject matter jurisdiction, the Second Causes of Action alleged under state law shall be dismissed pursuant to Rule 12(b)(1) and 28 U.S.C. § 1367, and, therefore, the Complaint [ECF 1] shall be and hereby is dismissed.

**IT IS SO ORDERED**.

Dated: _____.

      _____
      **HONORABLE JAMES V. SELNA**,
      UNITED STATES DISTRICT JUDGE

---

*[PROPOSED]* **ORDER RE: MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO STRIKE THE FIRST CAUSE OF ACTION**

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the Court and all counsel of record via the Court's electronic filing system on October 5, 2020.

Dated: October 5, 2020.					Respectfully submitted,

/s/ Peter D. Lepiscopo			.
**PETER D. LEPISCOPO**
 *Counsel of Record*

Attorneys for Defendant, **JAWAD NESHEIWAT**