1  Jeremy S. Johnson, State Bar No. 214989
   jjohnson@bremerwhyte.com
2  Benjamin Price, State Bar No. 267400
   bprice@bremerwhyte.com
3  Courtney M. Serrato, State Bar No. 311141
   cserrato@bremerwhyte.com
4  BREMER WHYTE BROWN & O'MEARA LLP
   20320 S.W. Birch Street
5  Second Floor
   Newport Beach, California 92660
6  Telephone:  (949) 221-1000
   Facsimile:  (949) 221-1001
7
   Attorneys for Defendants,
8  Chou Team Realty, LLC, a California limited
   liability company, Sean Cowell, an individual,
9  Thomas Chou, an individual, Mikael Van Loon, an
   individual
10

11              **UNITED STATES DISTRICT COURT**

12            **CENTRAL DISTRICT OF CALIFORNIA**

13

14  Erica Reiners, individually and on behalf )   Case No. 2:20-cv-06587-JVS-ADS
    of all others similarly situated,         )
15                                             )   Judge:  Hon. James V. Selna
                   Plaintiffs,                 )
16                                             )   **DEFENDANT SEAN COWELL's**
               vs.                             )   **ANSWER TO COMPLAINT**
17                                             )
    Chou Team Realty, LLC d/b/a                )   Complaint Filed:  July 23, 2020
18  MonsterLoans, a California limited         )
    liability company, Lend Tech Loans, Inc., )
19  a California corporation, Sean Cowell, an  )
    individual, Thomas Chou, an individual,    )
20  Mikael Van Loon, an individual, Jawad      )
    Nesheiwat, an individual, and Eduardo      )
21  Martinez, an individual,                   )
                                               )
22                 Defendants.                 )
                                               )
23  _____)

24        Defendant   Sean   Cowell   ("Cowell"),   through   counsel,   hereby   answers

25  Plaintiff's Class Action Complaint and Jury Demand (the "Complaint") and states as

26  follows:

27  / / /

28  / / /

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

6835.001 4830-9401-4160.1

## COWELL'S RESPONSES TO PLAINTIFF'S ALLEGATIONS

1.      Cowell admits that Plaintiff purports to bring a Class Action Complaint against him and other defendants.   Cowell denies the remaining allegations in Paragraph 1.

2.      Cowell admits that Plaintiff filed the instant action.  Cowell denies the remaining allegations in Paragraph 2.

3.      Cowell admits that Plaintiff purports to paraphrase the FCRA. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 3.

4.      Cowell denies the allegations in Paragraph 4.

5.      Cowell denies the allegations in Paragraph 5.

6.      Cowell denies the allegations in Paragraph 6.

7.      Cowell denies the allegations in Paragraph 7.

8.      Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 8.

9.      Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 9.

10.     Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 10.

11.     Cowell admits the allegations in Paragraph 11.

12.     Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 12.

13.     Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 13.

14.     Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 14.

15.     Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 15.

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

6835.001 4830-9401-4160.1

16.    Cowell admits this Court has subject matter jurisdiction.  Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 16.

17.    Cowell admits this Court has personal jurisdiction over him.  Cowell lacks sufficient knowledge or information to determine the truth of Plaintiff's personal jurisdiction allegations as to the other defendants.  Cowell denies the remaining allegations in Paragraph 17.

18.    Cowell admits venue is proper in this District as to him. Cowell lacks sufficient knowledge or information to determine the truth of Plaintiff's venue allegations as to the other defendants.  Cowell denies the remaining allegations in Paragraph 18.

19.    Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 19.

20.    Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 20.

21.    Cowell admits the allegations in Paragraph 21.

22.    Cowell denies the allegations in Paragraph 22.

23.    Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 23.

24.    Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 24.

25.    Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 25.

26.    Cowell denies the allegations in Paragraph 26 as to him.  Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 26.

27.    Cowell admits that LendTech was created to engage in the business of mortgage lending.  Cowell lacks sufficient knowledge or information to determine the

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

6835.001  4830-9401-4160.1

1 | truth of the remaining allegations in Paragraph 27.

2 | 28.   Cowell denies the allegations in Paragraph 28 as to him.  Cowell lacks
3 | sufficient knowledge or information to determine the truth of the remaining allegations
4 | in Paragraph 28.

5 | 29.   Cowell denies the allegations in Paragraph 29 as to him. Cowell lacks
6 | sufficient knowledge or information to determine the truth of the remaining allegations
7 | in Paragraph 29.

8 | 30.   Cowell admits the allegations in Paragraph 30.

9 | 31.   Cowell admits Lend Tech applied for an Experian account.  Cowell
10 | denies the remaining allegations in Paragraph 31.

11 | 32.   Cowell denies the allegations in Paragraph 32 as to him. Cowell lacks
12 | sufficient knowledge or information to determine the truth of the remaining allegations
13 | in Paragraph 32.

14 | 33.   Cowell admits LendTech received a letter from MonsterLoans regarding
15 | originating loans and that letter speaks for itself.  Cowell denies the remaining
16 | allegations in Paragraph 33.

17 | 34.   Cowell lacks sufficient knowledge or information to determine the truth
18 | of the allegations in Paragraph 34.

19 | 35.   Cowell admits Lend Tech's application to Experian was approved on or
20 | about August 17, 2017.  Cowell denies the remaining allegations in Paragraph 35.

21 | 36.   Cowell lacks sufficient knowledge or information to determine the truth
22 | of the allegations in Paragraph 36.

23 | 37.   Cowell lacks sufficient knowledge or information to determine the truth
24 | of the allegations in Paragraph 37.

25 | 38.   Cowell lacks sufficient knowledge or information to determine the truth
26 | of the allegations in Paragraph 38.

27 | 39.   Cowell lacks sufficient knowledge or information to determine the truth
28 | of the allegations in Paragraph 39.

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

6835.001  4830-9401-4160.1

40.     Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 40.

41.     Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 41.

42.     Cowell denies the allegations in Paragraph 42 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 42.

43.     Cowell denies the allegations in Paragraph 43 as to Lend Tech's operations prior to November 10, 2017.  Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 43.

44.     Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 44.

45.     Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 45.

46.     Cowell denies the allegations in Paragraph 46 as to him.  Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 46.

47.     Cowell admits he completed the incorporation paperwork for Lend Tech. Cowell denies the remaining allegations in Paragraph 47.

48.     Cowell denies the allegations in Paragraph 48.

49.     Cowell denies the allegations in Paragraph 49 as to him and as to Lend Tech's operations prior to November 10, 2017.  Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 49.

50.     Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 50.

51.     Cowell admits that LendTech obtained the Experian account to solicit consumers for home loan refinancing in the form of a firm offer of credit, a permissible purpose under FCRA.  Cowell denies the remaining allegations in Paragraph 51.

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

5

6835.001 4830-9401-4160.1

52.     Cowell denies the allegations in Paragraph 52 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 52.

53.     Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 53.

54.     Cowell denies the allegations in Paragraph 54 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 54.

55.     Cowell denies the allegations in Paragraph 55 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 55.

56.     Cowell denies the allegations in Paragraph 56 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 56.

57.     Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 57.

58.     Cowell denies the allegations in Paragraph 58 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 58.

59.     Cowell denies the allegations in Paragraph 59 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 59.

60.     Cowell denies the allegations in Paragraph 60 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 60.

61.     Cowell denies the allegations in Paragraph 61 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 61.

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

6835.001  4830-9401-4160.1

62.     Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 62.

63.     Cowell denies the allegations in Paragraph 63 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 63.

64.     Cowell denies the allegations in Paragraph 64 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 64.

65.     Cowell denies the allegations in Paragraph 65 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 65.

66.     Cowell denies the allegations in Paragraph 66 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 66.

67.     Cowell admits that Plaintiff seeks to bring a class action lawsuit.  Cowell denies the remaining allegations in Paragraph 67.

68.     Cowell admits that Plaintiff seeks to bring a class action lawsuit.  Cowell denies the remaining allegations in Paragraph 68.

69.     Cowell admits that Plaintiff seeks to bring a class action lawsuit.  Cowell denies the remaining allegations in Paragraph 69.

70.     Cowell admits that Plaintiff seeks to bring a class action lawsuit.  Cowell denies the remaining allegations in Paragraph 70.

71.     Cowell admits that Plaintiff seeks to bring a class action lawsuit.  Cowell denies the remaining allegations in Paragraph 71.

72.     Cowell admits that Plaintiff seeks to bring a class action lawsuit.  Cowell denies the remaining allegations in Paragraph 72.

73.     Cowell admits that Plaintiff seeks to bring a class action lawsuit.  Cowell denies the remaining allegations in Paragraph 73.

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

7

6835.001  4830-9401-4160.1

74.     Cowell admits that Plaintiff seeks to bring a class action lawsuit.  Cowell denies the remaining allegations in Paragraph 74.

75.     Cowell admits that Plaintiff seeks to bring a class action lawsuit.  Cowell denies the remaining allegations in Paragraph 75.

## COWELL'S RESPONSES

## TO PLAINTIFF'S LEGAL CLAIMS

## FIRST CAUSE OF ACTION

76.     Cowell refers to Paragraphs 1–75 of this Answer, and by reference incorporates the same in response to the allegations in Paragraph 76 of the Complaint.

77.     Cowell admits Plaintiff purports to quote the FCRA.  Cowell denies the allegations in Paragraph 77 to the extent they inaccurately quote the FCRA.

78.     Cowell denies the allegations in Paragraph 78 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 78.

79.     Cowell denies the allegations in Paragraph 79 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 79.

80.     Cowell lack sufficient knowledge or information to determine the truth of the allegations in Paragraph 80.

81.     Cowell denies the allegations in Paragraph 81 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 81.

82.     Cowell denies the allegations in Paragraph 82 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 82.

83.     Cowell denies the allegations in Paragraph 83 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 83.

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

6835.001  4830-9401-4160.1

84.     Cowell denies the allegations in Paragraph 84 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 84.

85.     Cowell denies the allegations in Paragraph 85 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 85.

86.     Cowell denies the allegations in Paragraph 86 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 86.

87.     Cowell denies the allegations in Paragraph 87.

## SECOND CAUSE OF ACTION

88.     Cowell refers to Paragraphs 1–87 of this Answer, and by reference incorporates the same in response to the allegations in Paragraph 88 of the Complaint.

89.     Cowell denies the allegations in Paragraph 89 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 89.

90.     Cowell lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 90.

91.     Cowell denies the allegations in Paragraph 91 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 91.

92.     Cowell denies the allegations in Paragraph 92 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 92.

93.     Cowell denies the allegations in Paragraph 93 as to him. Cowell lacks sufficient knowledge or information to determine the truth of the remaining allegations in Paragraph 93.

94.     Cowell denies the Prayer for Relief in Paragraphs A through F of the

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

9

6835.001  4830-9401-4160.1

1 | Prayer for Relief.

2 |       95.    Except as otherwise admitted herein, Cowell denies all of the allegations

3 | of the Complaint.

4 | ## COWELL'S AFFIRMATIVE DEFENSES

5 | ## TO PLAINTIFF'S ALLEGATIONS AND LEGAL CLAIMS.

6 |       Further, as separate Affirmative Defenses to each and every claim for relief in

7 | Plaintiff's Complaint, Cowell is informed and believes, and on such information and

8 | belief alleges as follows:

9 | ### FIRST AFFIRMATIVE DEFENSE

10 | ### (Failure to State a Claim)

11 |     1.    Plaintiff fails to state a claim upon which relief may be granted.

12 | ### SECOND AFFIRMATIVE DEFENSE

13 | ### (Lack of Standing)

14 |     2.    Plaintiff does not have standing to assert the claims set forth in the

15 | Complaint.

16 | ### THIRD AFFIRMATIVE DEFENSE

17 | ### (Improper Representative of Putative Class)

18 |     3.    Plaintiff is not a proper representative of the putative class identified in

19 | the Complaint.

20 | ### FOURTH AFFIRMATIVE DEFENSE

21 | ### (No Numerosity, Commonality, Typicality or Predominance)

22 |     4.    The putative class fails to satisfy the requirements of numerosity,

23 | commonality, typicality, and/or predominance.

24 | ### FIFTH AFFIRMATIVE DEFENSE

25 | ### (Statute of Limitations)

26 |     5.    Plaintiff's claims, in whole or in part, are barred by the applicable statute

27 | of limitations.

28 | ///

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

10

## SIXTH AFFIRMATIVE DEFENSE

### (Justification and Privilege)

6. Cowell's acts, omissions, and/or representations are not prohibited by appliable state or federal laws.

## SEVENTH AFFIRMATIVE DEFENSE

### (Protection of Corporate Form)

7. Cowell is not a proper defendant to this action because he is protected by the corporate form.

## EIGHTH AFFIRMATIVE DEFENSE

### (Liability of Others)

8. The acts, omissions, and/or representations of the other defendants are not properly attributable to Cowell.

## NINTH AFFIRMATIVE DEFENSE

### (Estoppel)

9. Subject to reasonable opportunity for investigation and discovery, Plaintiff's Complaint and each Cause of Action and/or Claim for Relief therein, is barred, in whole or in part by, the Doctrine of Estoppel.

## TENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

10. Subject to reasonable opportunity for investigation and discovery, Plaintiff's Complaint and each Cause of Action and/or Claim for Relief therein, is barred, in whole or in part by, the Doctrine of Unclean Hands.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Laches)

11. Subject to reasonable opportunity for investigation and discovery, Plaintiff's Complaint and each Cause of Action and/or Claim for Relief therein, is barred, in whole or in part by, the Doctrine of Laches.

/ / /

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

6835.001 4830-9401-4160.1

## TWELFTH AFFIRMATIVE DEFENSE

### (Waiver)

12.     Subject to reasonable opportunity for investigation and discovery, Plaintiff's Complaint and each Cause of Action and/or Claim for Relief therein, is barred, in whole or in part by, the Doctrine of Waiver.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Adequate Relief)

13.     Plaintiff has adequate relief at law.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Causation)

14.     Plaintiff has not incurred any damages and/or any damages were not the result of any actions, omissions, and/or representations by Cowell.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Frivolous Claims)

15.     Plaintiff's claims are frivolous, groundless, unreasonable, and/or meritless.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

6835.001  4830-9401-4160.1

1

## SIXTEENTH AFFIRMATIVE DEFENSE

2

## (Abuse of Process)

3       16.    Plaintiff has committed and is continuing to commit an abuse of process.

4       17.    Cowell reserves his right to supplement or amend his affirmative

5  defenses.

6

## DEMAND FOR JURY TRIAL

7       Cowell hereby demand a trial by jury.

8  Dated:  October 30, 2020          BREMER WHYTE BROWN & O'MEARA
                                     LLP
9

10

By: _____

11                                   Jeremy S. Johnson
                                     Benjamin Price
12                                   Courtney M. Serrato
                                     Attorneys for Defendant
13                                   Sean Cowell, an individual

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

13

6835.001  4830-9401-4160.1

1

## **PROOF OF SERVICE**

2

3      I am employed in the County of Orange, State of California.  I am over the age
of 18 and not a party to the within action.  My business address is 20320 S.W. Birch
4  Street, Second Floor, Newport Beach, California 92660.  My business e-mail address
is pcarvalho@bremerwhyte.com.

5

       On October 30, 2020, I served the within document(s) described as:
6

       DEFENDANT SEAN COWELL'S ANSWERS TO COMPLAINT
7

8      on the interested parties in this action as stated on the attached mailing list.

9  [X]   (BY ELECTRONIC SERVICE) Complying with Code of Civil Procedure
        § 1010, I caused such document(s) to be Electronically Filed and Served
10       through CM/ECF for the above-entitled case.  Upon completion of
        transmission of said document(s), a filing receipt is issued to the filing party
11       acknowledging receipt, filing and service by CM/ECF's system.  A copy of the
        CM/ECF filing receipt page will be maintained with the original document(s)
12       in our office.

13      I certify that I am employed in the office of a member of the bar of this Court
at whose direction the service was made.

14
       Executed on October 30, 2020, at Newport Beach, California.
15
       I declare under penalty of perjury that the foregoing is true and correct.
16

17          Pamela Carvalho                          *Pamela J. Carvalho*
         _____                 _____
18          (Type or print name)                       (Signature)

19

20

21

22

23

24

25

26

27

28

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

1

6835.001 4821-3386-5678.1

|  | | |
|---|---|---|
| 1 | | |
| 2 | | |

**Erica Reiners, v. Chou team Realty, LLC, et al.**

**Case No. 2:20-cv-06587-JVS-ADS**

**BWB&O CLIENT:   Chou Team Realty, LLC dba MonsterLoans, Sean Cowell**
**BWB&O FILE NO.: 6835.001**

**SERVICE LIST**

| Aaron D. Aftergood<br>**THE AFTERGOOD LAW FIRM**<br>1880 Century Park East, Suite 200<br>Los Angeles, CA 90067<br><br>Tel: (310) 550-5221<br>Fax: (310) 496-2840<br><br>aaron@aftergoodsq.com<br><br>Attorneys for Plaintiff and the Class | Taylor T. Smith<br>**WOODROW & PELUSO, LLC**<br>3900 East Mexico Avenue, Suite 300<br>Denver, Colorado 80210<br><br>Tel: (720) 907-7628<br>Fax: (303) 927-0809<br><br>tsmith@woodrowpeluso.com<br><br>Attorneys for Plaintiff and the Class | Sean P. Burke<br>Mattingly Burke Cohen & Biederman LLP<br>155 East Market Street, Suite 400<br>Indianapolis, IN 46204<br><br>Tel: (317) 614-7320<br><br>Sean.Burke@mbclaw.com<br><br>Attorneys for Defendants Chou Team Realty, LLC, Sean Cowell, and Mikael Van Loon |

2