DAVID C. HOLT, ESQ. (SBN 137951)
THE HOLT LAW FIRM
1432 Edinger Ave., Suite 130
Tustin, CA  92780
Telephone No. (714) 730-3999
Facsimile No. (714) 665-3991
Email: dholt@holtlawoc.com

Attorneys for Defendants Eduardo Martinez
and Lend Tech Loans, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erica Reiners, individually and on behalf of all others similarly situated, , | **Case No.: 2:20-cv-06587-SB-ADS** |
| Plaintiff, | **ANSWER OF DEFENDANTS EDUARDO MARTINEZ AND LEND TECH LOANS, INC. TO PLAINTIFF'S CLASS ACTION COMPLAINT** |
| vs. | |
| Chou Team Realty, LLC d/b/a MonsterLoans, a California limited liability company, Lend Tech Loans, Inc., a California corporation, Sean Cowell, an individual, Thomas Chou, an individual, Mikael Van Loon, an individual, Jawad Nesheiwat, an individual, and Eduardo Martinez, an individual, | Complaint filed:  July 23, 2020 |
| Defendants. | |

Defendants, Eduardo Martinez and Lend Tech Loans, Inc. (together as "Defendants") hereby responds to Plaintiff's Unverified Class Action Complaint based on his current information and belief regarding the nature of Plaintiff's allegations.

1.      Answering paragraph 1, the allegations contained therein are statements of opinion, which Defendants cannot admit or deny; Moreover, the statements are impermissibly vague such that the Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

-1-

2.      Answering paragraph 2, the allegations contained therein are statements of opinion, which Defendants cannot admit or deny; Moreover, the statements are impermissibly vague such that the Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

## NATURE OF THE ACTION

3.      Answering paragraph 3, the statement that, "Enacted to promote the accuracy, fairness, and privacy of consumer information contained in the files of consumer reporting agencies, the FCRA explicitly protects consumers from disclosure of their personal information contained in their consumer reports. To that end, the Act prohibits companies from willfully or negligently obtaining and using a consumer report unless the report is obtained for a permissible purpose under the Act, and the prospective user has certified to the purpose for which it is being obtained," is a statement of opinion which Defendants cannot admit or deny; moreover, the statement is impermissibly vague such that Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

4.      Answering paragraph 4, the statement that, "Defendants here willfully violated the FCRA by procuring consumer reports from Experian Information Solutions, Inc. ("Experian") regarding consumers nationwide absent any permissible purpose and using the consumer reports for impermissible purposes by impermissibly reselling or distributing the reports to entities who likewise do not possess any permissible purpose for using or obtaining the reports," is a statement of opinion which Defendants cannot admit or deny; moreover, the statement is impermissibly vague such that Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

5.      Answering paragraph 5, the allegations contained therein are statements of opinion, which Defendants cannot admit or deny; Moreover, the statements are impermissibly vague such that the Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

6.      Answering paragraph 6, the allegations contained therein are statements of opinion, which Defendants cannot admit or deny; moreover, the statements are impermissibly vague such that

**ANSWER OF DEFENDANTS EDUARDO MARTINEZ AND LEND TECH LOANS, INC. TO PLAINTIFF'S UNVERIFIED CLASS ACTION COMPLAINT**

the Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

7.      Answering paragraph 7, the allegations contained therein are statements of opinion, which Defendants cannot admit or deny; moreover, the statements are impermissibly vague such that the Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

## PARTIES

8.      Answering paragraph 8, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

9.      Answering paragraph 9, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

10.     Answering paragraph 10, defendant Lend Tech Loans, Inc. admits it is a California corporation and deny the remaining allegations, while defendant Martinez lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

11.     Answering paragraph 11, Defendants admit defendant Sean Cowell is a natural person. As to the remaining allegations, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

12.     Answering paragraph 12, Defendants admit defendant Thomas Chou is a natural person. As to the remaining allegations, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

13.     Answering paragraph 13, Defendants admit defendant Michael Van Loon is a natural person.  As to the remaining allegations, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

14.     Answering paragraph 14, Defendants admit defendant Jawad Nesheiwat is a natural person.  As to the remaining allegations, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

15.     Answering paragraph 15, Defendants admit.

## JURISDICTION AND VENUE

ANSWER OF DEFENDANTS EDUARDO MARTINEZ AND LEND TECH LOANS, INC. TO PLAINTIFF'S

UNVERIFIED CLASS ACTION COMPLAINT

16.     Answering paragraph 16, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

17.     Answering paragraph 17, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

18.     Answering paragraph 18, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

## FACTS COMMON TO ALL CLASS MEMBERS

*MonsterLoans's Procurement of Consumer Reports*

19.     Answering paragraph 19, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

20.     Answering paragraph 20, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on class basis, deny such allegations.

21.     Answering paragraph 21, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

22.     Answering paragraph 22, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

*Formation of Lend Tech Loans, Inc.*

23.     Answering paragraph 23, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

24.     Answering paragraph 24, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

ANSWER OF DEFENDANTS EDUARDO MARTINEZ AND LEND TECH LOANS, INC. TO PLAINTIFF'S

UNVERIFIED CLASS ACTION COMPLAINT

25.     Answering paragraph 25, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

26.     Answering paragraph 26, defendant Martinez denies the entirety of the allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

27.     Answering paragraph 27, defendant Martinez denies the entirety of the allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

28.     Answering paragraph 28, defendant Martinez denies the entirety of the allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

29.     Answering paragraph 29, defendant Martinez denies the entirety of the allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

30.     Answering paragraph 30, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

31.     Answering paragraph 31, defendant Martinez denies the entirety of the allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

32.     Answering paragraph 32, defendant Martinez denies the entirety of the allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

33.     Answering paragraph 33, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

34.     Answering paragraph 34, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

35.     Answering paragraph 35, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

ANSWER OF DEFENDANTS EDUARDO MARTINEZ AND LEND TECH LOANS, INC. TO PLAINTIFF'S

UNVERIFIED CLASS ACTION COMPLAINT

36.     Answering paragraph 36, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

37.     Answering paragraph 37, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

38.     Answering paragraph 38, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

39.     Answering paragraph 39, defendant Martinez admits, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

40.     Answering paragraph 40, defendant Martinez admits, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

41.     Answering paragraph 41, defendant Martinez denies the entirety of the allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

42.     Answering paragraph 42, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

43.     Answering paragraph 43, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

44.     Answering paragraph 44, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

45.     Answering paragraph 45, defendant Martinez lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis denes such allegations, while defendant Lend Tech Loans, Inc. admits it does not have any substantive assets; however, as to the remaining allegations in the paragraph, defendant Lend Tech Loans, Inc. lacks information or belief

ANSWER OF DEFENDANTS EDUARDO MARTINEZ AND LEND TECH LOANS, INC. TO PLAINTIFF'S

UNVERIFIED CLASS ACTION COMPLAINT

sufficient admit or deny the remaining allegations in this paragraph and on that basis denes such allegations.

46.     Answering paragraph 46, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

47.     Answering paragraph 47, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

48.     Answering paragraph 48, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

49.     Answering paragraph 49, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

***Defendants'' Scheme to Unlawfully Obtain & Use Consumer Reports***

50.     Answering paragraph 50, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

51.     Answering paragraph 51, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

52.     Answering paragraph 52, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech

**ANSWER OF DEFENDANTS EDUARDO MARTINEZ AND LEND TECH LOANS, INC. TO PLAINTIFF'S UNVERIFIED CLASS ACTION COMPLAINT**

Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

53.     Answering paragraph 53, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

54.     Answering paragraph 54, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

55.     Answering paragraph 55, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

56.     Answering paragraph 56, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

57.     Answering paragraph 57, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

**FACTS SPECIFIC TO PLAINTIFF**

58.     Answering paragraph 58, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech

**ANSWER OF DEFENDANTS EDUARDO MARTINEZ AND LEND TECH LOANS, INC. TO PLAINTIFF'S**

**UNVERIFIED CLASS ACTION COMPLAINT**

Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

59.    Answering paragraph 59, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

60.    Answering paragraph 60, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

61.    Answering paragraph 61, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

62.    Answering paragraph 62, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

63.    Answering paragraph 63, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

**ANSWER OF DEFENDANTS EDUARDO MARTINEZ AND LEND TECH LOANS, INC. TO PLAINTIFF'S**

**UNVERIFIED CLASS ACTION COMPLAINT**

64.     Answering paragraph 64, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

65.     Answering paragraph 65, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

66.     Answering paragraph 66, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

## CLASS ACTION ALLEGATIONS

67.     Answering paragraph 67, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

68.     Answering paragraph 68, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

69.     Answering paragraph 69, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

70.     Answering paragraph 70, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response

is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

71.     Answering paragraph 71, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

72.     Answering paragraph 72, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

73.     Answering paragraph 73, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

74.     Answering paragraph 74, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

75.     Answering paragraph 75, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

## **FIRST CAUSE OF ACTION**

### **Violation of 15 U.S.C. § 1681, *et seq.***

### **(On Behalf of Plaintiff and the Class)**

76.     Answering paragraph 76, Defendants reallege their responses to Paragraphs 1 to 77, inclusive, which are incorporated herein by this reference.

ANSWER OF DEFENDANTS EDUARDO MARTINEZ AND LEND TECH LOANS, INC. TO PLAINTIFF'S

UNVERIFIED CLASS ACTION COMPLAINT

77.     Answering paragraph 77, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

78.     Answering paragraph 78, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

79.     Answering paragraph 79, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

80.     Answering paragraph 80, Defendants lack information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, deny such allegations.

81.     Answering paragraph 81, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

82.     Answering paragraph 82, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

83.     Answering paragraph 83, defendant Martinez denies the entirety of the allegations as it relates to him and lacks sufficient information or belief sufficient to admit or deny the remaining

Case 2:20-cv-06587-SB-ADS   Document 57   Filed 12/21/20   Page 13 of 18   Page ID #:443

allegations in this paragraph and on that basis denies such allegations, while defendant Lend Tech Loans, Inc. lacks information or belief sufficient to admit or deny the allegations in this paragraph and on that basis, denies such allegations.

84.     Answering paragraph 84, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

85.     Answering paragraph 85, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

86.     Answering paragraph 86, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

87.     Answering paragraph 87, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

## SECOND CAUSE OF ACTION

### Violation of Cal. Bus. & Prof. Code § 17200, *et seq.*

### (On Behalf of Plaintiff and the Class)

88.     Answering paragraph 88, Defendants reallege their responses to Paragraphs 1 to 87, inclusive, which are incorporated herein by this reference.

89.     Answering paragraph 89, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

-13-

90.     Answering paragraph 90, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

91.     Answering paragraph 91, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

92.     Answering paragraph 92, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

93.     Answering paragraph 93, the allegations contained in this paragraph constitute statements of position or law, or legal argument that require no response. To the extent that a response is required, Defendants deny that this paragraph provides a complete and accurate statement of the law. Defendants further deny each and every remaining allegation in this paragraph.

## PRAYER FOR RELIEF

94.     Answering Plaintiffs' Demand for Relief, Defendants admit that Plaintiff seeks the relief requested, but deny it is entitled to it, and further deny that there are any damages in any nature or amount.

## DEFENSES

As a further and separate answer to the allegations contained in Plaintiff's Complaint, and without assuming the burden of proof as to matters for which Plaintiff bears the burden, Defendants submit the following defenses:

## FIRST DEFENSE

## (Failure to State a Claim)

Plaintiff's Complaint and each of its counts fail to state a claim upon which relief can be granted against these answering Defendants.

**ANSWER OF DEFENDANTS EDUARDO MARTINEZ AND LEND TECH LOANS, INC. TO PLAINTIFF'S UNVERIFIED CLASS ACTION COMPLAINT**

**SECOND DEFENSE**

**(Lack of Standing)**

Plaintiff's Complaint and each of its counts fail to state a claim because plaintiff lacks standing to assert those claims.

**THIRD DEFENSE**

**(State of Limitations)**

Plaintiff's Complaint and each of its counts are barred by the applicable statute of limitations.

**FOURTH DEFENSE**

**(Laches)**

Plaintiff's Complaint and each of its counts are barred by the doctrine of laches.

**FIFTH DEFENSE**

**(Unclean Hands)**

Plaintiff's Complaint and each of its counts and request for injunctive relief are barred by the doctrine of unclean hands.

**SIXTH DEFENSE**

**(Lack of Consideration)**

Plaintiff's Complaint and each of its counts is barred by lack of consideration.

**SEVENTH DEFENSE**

**(Reservation of Defenses**

Defendants do not presently know all of the facts and circumstances respecting Plaintiff's claims, and therefore reserve the right to amend this answer should they later discover information demonstrating the existence of additional affirmative defenses.

**EIGHTH DEFENSE**

**(Lack of Jurisdiction under Article III**

This Court lacks jurisdiction under Article III of the United States Constitution over Plaintiff's operative complaint.

**NINETH DEFENSE**

**(No Satisfaction of Requirements to Maintain Class Action)**

-15-

Defendants allege that Plaintiff has failed to and cannot satisfy the requirements for the maintenance of a class action, including, and without limitation, ascertainability, predominance, typicality, adequacy of representation (of both the proposed class representative and proposed class counsel), and superiority, and further alleges that public policy considerations do not favor such certification.

### TENTH DEFENSE

### (Individuality of Claims)

Defendants allege that the claims alleged by Plaintiff are matters in which individual questions predominate and, accordingly, are not appropriate for class treatment.

### ELEVENTH DEFENSE

### (Numerosity)

Defendants allege that the group which Plaintiff purports to represent is not so numerous that joinder is impracticable or that disposition of their claims as a class will benefit the parties and the court.

### TWELETH DEFENSE

### (Untypically)

Defendants allege that the claims alleged by Plaintiff are neither common to nor typical of those members of the alleged group of persons Plaintiff purports to represent.

### THIRTEENTH DEFENSE

### (Inadequate Representative)

Defendants allege that Plaintiff is not similarly situated to other potential members of the alleged group of persons Plaintiff purports to represent and Plaintiff is therefore an inadequate representative of the alleged groups of people who she purports to represent.

### FORTEENTH DEFENSE

### (Conflict of Interest)

Defendants allege that certain of the interests of Plaintiff are in conflict with the interests of all or certain sub-groups of the members of the alleged group of persons Plaintiff purports to represent.

///

**ANSWER OF DEFENDANTS EDUARDO MARTINEZ AND LEND TECH LOANS, INC. TO PLAINTIFF'S UNVERIFIED CLASS ACTION COMPLAINT**

## **PRAYER**

Wherefore, Defendants Demands for Jury Trial and pray for judgment as follows:

1.      That Plaintiff take nothing by way of its Complaint as against this answering Defendants;

2.      That judgment be entered in favor of this answering Defendants;

3.      That this answering Defendants recover his costs; and

4.      For such other and further relief as the Court deems just and proper.

Dated: December 21, 2020                    THE HOLT LAW FIRM


By:  _/ s/ David C. Holt_____
        DAVID C. HOLT, Attorney for Defendants,
        Eduardo Martinez and Lend Tech Loans, Inc.

-17-

**ANSWER OF DEFENDANTS EDUARDO MARTINEZ AND LEND TECH LOANS, INC. TO PLAINTIFF'S**

**UNVERIFIED CLASS ACTION COMPLAINT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December 2020, I caused a copy of the foregoing to be e-filed and served via the Court's filing system to all parties and counsel receiving ECF service.

/ s/ David C. Holt_____
David C. Holt, Esq.

**ANSWER OF DEFENDANTS EDUARDO MARTINEZ AND LEND TECH LOANS, INC. TO PLAINTIFF'S**

**UNVERIFIED CLASS ACTION COMPLAINT**