**PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
  plepiscopo@att.net
LEPISCOPO & ASSOCIATES LAW FIRM
695 Town Center Drive, 7TH Floor
Costa Mesa, California 92626
Telephone: (949) 878-9418
Facsimile: (619) 330-2991

Attorneys for Defendant, **JAWAD NESHEIWAT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| **ERICA REINERS**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CHOU TEAM REALTY LLC,** *et al.,*<br><br>Defendants. | Case No. **2:20-cv-06587-JVS-ADS**<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS [ECF 38] AND LEAVE FOR PLAINTIFF TO FILE SURREPLY TO DEFENDANT'S REPLY [ECF 61]**<br><br>COURTROOM: **6-C**<br>JUDGE: **Hon. Stanley Blumenfeld Jr.**<br>TRIAL DATE: **None Set** |

Plaintiff Erica Reiners ("Plaintiff") and defendant Jawad Nesheiwat ("Nesheiwat") (collectively the "Parties") hereby stipulate as follows:

1. Plaintiff and Nesheiwat's legal counsel engaged in meet and confer discussions under Local Rule 7-3, and as a consequence of those discussions have reached this Stipulation.

2. The complaint in this matter was filed on July 23, 2020 (ECF 1).

3. Defendant Nesheiwat's legal counsel accepted service of process of the complaint and, after an extension of time was granted, Nesheiwat's response to the complaint was due on October 5, 2020.

4. On October 5, 2020 Nesheiwat filed his motion to dismiss, or, in the alternative, motion to strike ("Motion") (ECF 38).

5. On December 18, 2020 Plaintiff timely filed her response in opposition to the Motion (ECF 55).

6. On December 28, 2020 Nesheiwat timely filed his reply ("Reply") (ECF 61).

7. In the Reply, Nesheiwat raised a legal issue that was not raised in the legal brief of the Motion: Whether this Court has Article III Jurisdiction (ECF 61, pp. 1-5). Nesheiwat asserts that this issue was raised due to a Ninth Circuit decision decided a few weeks ago on December 2, 2020: *Adams v. Skagit Bonded Collectors, LLC*, 2020 U.S. App. LEXIS 37627 (9th Cir. 2020) ("*Adams*").

8. Plaintiff and Nesheiwat's legal counsel agreed that they would request the Court to: (a) permit Plaintiff to file a surreply and request to strike portions of Nesheiwat's Reply on or before January 11, 2021; and (b) to continue the hearing on the Motion to January 29, 2021 at 8:30 a.m.

9. The Parties, in good faith, believe that the requested relief is necessary to permit Plaintiff an opportunity to respond to the legal argument raised by Nesheiwat in reply and will preserve the parties' and the Court's resources and will not unduly delay this action.

10. All signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

Dated: December 29, 2020.     **LEPISCOPO & ASSOCIATES LAW FIRM**

By: /s/ Peter D. Lepiscopo_____
 **PETER D. LEPISCOPO**
   Attorneys for Defendant, **JAWAD NESHEIWAT**

Dated: December 29, 2020.     **WOODROW & PELUSO, LLC**

By: /s/ Taylor T. Smith_____
 **TAYLOR T. SMITH**
   Attorneys for Plaintiff, **ERICA REINERS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the Court and all counsel of record via the Court's electronic filing system on December 29, 2020.

Dated: December 29, 2020.                    Respectfully submitted,

/s/ Peter D. Lepiscopo         .
**PETER D. LEPISCOPO**
  *Counsel of Record*

Attorneys for Defendant, **JAWAD NESHEIWAT**