FILED
CLERK, U.S. DISTRICT COURT

December 30, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERICA REINERS**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **CHOU TEAM REALTY LLC,** *et al.,* <br><br> Defendants. | Case No. **2:20-cv-06587-SB-ADS** <br><br> **ORDER ON STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS [ECF 38] AND LEAVE FOR PLAINTIFF TO FILE SURREPLY TO DEFENDANT'S REPLY [ECF 61]** <br><br> COURTROOM: **6C** <br> JUDGE: **Hon. Stanley Blumenfeld Jr.** <br> TRIAL DATE: **None Set** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to file a surreply and request to strike portions of Nesheiwat's Reply to opposition (ECF 61) on or before January 11, 2021; and

2. The hearing on Nesheiwat's motion to dismiss (ECF 38) currently set to be heard on January 11, 2021 is continued to January 29, 2021 at 8:30 a.m.

Dated: December 30, 2020.

                                                  Stanley Blumenfeld Jr.
                                                  United States District Judge