UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-06587-SB-ADS | Date: | January 20, 2021 |
|---|---|---|---|

Title:   *Erica Reiners v. Chou Team Realty, LLC, et al.*

Present: The Honorable   **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers]**

The complaint was filed on July 23, 2020; and Defendant Nesheiwat filed a motion to dismiss on October 5, 2020.  Defendants Chou, Van Loon, Cowell and MonsterLoans filed answers on October 30, 2020, while Defendants Lend Tech Loans and Martinez filed their answers on December 21, 2020.

The Court has reviewed the Joint Rule 26(f) report and has decided to issue a scheduling order that addresses only class certification at this point.  The parties have proposed a briefing schedule for the filing of the class certification motion that would set a hearing more than 120 days from the date originally set for the scheduling conference.  Accordingly, the parties are ordered to file, by no later than **February 5, 2021**, a "Class Certification Plan," showing all anticipated activity and the corresponding date for each activity up to the date proposed for the hearing on the motion.  The proposed briefing schedule must allow for at least three weeks between the filing of the reply and the hearing.  If the parties are not seeking to file the class certification motion beyond May 24, 2021, they should file instead (by February 5) a proposed briefing schedule for the class certification motion.  The parties should begin discovery immediately and should not assume

CV-90 (12/02)                                 **CIVIL MINUTES – GENERAL**                                 Initials of Deputy Clerk VPC

that the Court will grant them more than 120 days to file the class certification motion.