# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-06587-SB-ADS | Date: | April 5, 2021 |

| Title: | *Erica Reiners v. Chou Team Realty, LLC, et al.* |

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |

| Victor Cruz | N/A |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers]

The Court has reviewed the Joint Class Certification Plan and sets the pretrial and trial dates noted in the table below based on an evaluation of the complexity of the case. A more complete description of these deadlines is contained in the Order Setting Scheduling Conference. The deadlines below will *not* be continued absent *a timely showing of good cause.* **Good cause** requires a specific, detailed, and non-conclusory showing of diligence, describing: (i) all relevant work previously done (including when each item was completed), (ii) all relevant work that remains to be done, (iii) why the remaining work could not previously have been done (including efforts made to complete each remaining item), and (iv) why the amount of time requested is needed to complete the remaining work. A desire to engage is settlement discussions generally does not constitute good cause.

| | |
|---|---|
| **Motion to Amend Pleadings/Add Parties (Hearing Deadline)** | 4/22/21 |
| **Discovery Deadline – Nonexpert** | 9/24/21 |
| **Discovery Deadline – Expert** | 11/26/21 |
| Plaintiff's Expert Disclosures Due | 9/24/21 |
| Defendants' Expert Disclosures Due | 10/15/21 |
| Rebuttal Expert Disclosures Due | 10/29/21 |
| **Discovery Motion Hearing Deadline** | 11/26/21 |
| **Class Certification Motion Filing Deadline** | 12/3/21 |
| Opposition to Class Certification Motion Due | 12/27/21 |
| Reply ISO Class Certification Motion Due | 1/7/22 |
| **Hearing on Class Certification Motion** | 1/28/22 |

**IT IS SO ORDERED**.

**cc:  ADR**