FILED
CLERK, U.S. DISTRICT COURT

July 26, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Erica Reiners,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Chou Team Realty, LLC** d/b/a **MonsterLoans**, a California limited liability company, **Lend Tech Loans, Inc.**, a California corporation, **Sean Cowell**, an individual, **Thomas Chou**, an individual, **Mikael Van Loon**, an individual, **Jawad Nesheiwat**, an individual, and **Eduardo Martinez**, an individual,<br><br>Defendants. | Case No. 2:20-cv-06587-SB-ADS<br><br>**ORDER GRANTING STIPULATION TO CONTINUE ALL REMAINING DEADLINES**<br><br>Judge: Hon. Stanley Blumenfeld, Jr<br>Complaint filed: July 23, 2020 |

Having considered the stipulation to continue all remaining deadlines and finding good cause to grant a continuance, the Court hereby modifies the current pretrial deadlines by adopting the Proposed Dates (as may have been modified) in the table below. *The parties should not expect any further continuances*.

| Event | Prior Dates | Current Dates | Proposed Dates |
|---|---|---|---|
| **Discovery Deadline – Nonexpert** | 9/24/21 | | 12/23/21 |
| **Discovery Deadline – Expert** | 11/26/21 | | 2/24/22 |
| Plaintiff's Expert Disclosures Due | 9/24/21 | | 12/23/21 |
| Defendants' Expert Disclosures Due | 10/15/21 | | 1/13/22 |
| Rebuttal Expert Disclosures Due | 10/29/21 | | 1/27/22 |
| **Discovery Motion Hearing Deadline** | 11/26/21 | | 2/24/22 |
| **Class Certification Motion Filing Deadline** | 12/3/21 | | 3/4/22 |
| Opposition to Class Certification Motion Due | 12/27/21 | | 3/25/22 |
| Reply ISO Class Certification Motion Due | 1/7/22 | | 4/8/22 |
| **Hearing on Class Certification Motion at 8:30 a.m.** | 1/28/22 | | 4/29/22 |

Dated:     July 26, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge

- 1 -