# Exhibit C

Aaron D. Aftergood (239853)
    aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith*
    tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Pro Hac Vice*

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Erica Reiners,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Chou Team Realty, LLC** d/b/a **MonsterLoans**, a California limited liability company, **Lend Tech Loans, Inc.**, a California corporation, **Sean Cowell**, an individual, **Thomas Chou**, an individual, **Mikael Van Loon**, an individual, **Jawad Nesheiwat**, an individual, and **Eduardo Martinez**, an individual,<br><br>Defendants. | Case No. 2:20-cv-06587-SB-ADS<br><br>**DECLARATION OF TAYLOR T. SMITH IN SUPPORT OF STIPULATION ON MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>[Discovery Document: Referred to Magistrate Judge Autumn D. Spaeth]<br><br>Date: December 8, 2021<br>Time: 10:00 a.m.<br>Place: Courtroom 6B, 6th Floor<br>Complaint filed: July 23, 2020 |

I, Taylor T. Smith, declare as follows:

1. I am an attorney with the law firm Woodrow & Peluso, LLC and counsel of record for Plaintiff Erica Reiners ("Plaintiff" or "Reiners").

2. On July 23, 2020, Plaintiff filed the instant action alleging wide-scale violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681b, *et seq.* ("FCRA" or

1 | "Act").
2 |     3.    In discovery, it was revealed that Defendant Nesheiwat possessed ownership interests in several student loan consolidation entities through an entity known as Sales Speek, Inc. ("Sales Speek").

    4.    Nesheiwat is the president and registered agent of Sales Speek. (*See* Sales Speek Articles of Incorporation, attached hereto as Ex. 1.) Sales Speek's principal place of business located at 26631 Cuenca Dr, Mission Viejo, California 92691. (*Id.*)

    5.    On June 15, 2021, Plaintiff issued a subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action directed to Sales Speek, Inc. Despite numerous attempts to serve Sales Speek, Plaintiff was unable to effectuate service.

    6.    Plaintiff's counsel contacted Nesheiwat's counsel, Peter Lepiscopo, to request that he accept service of the subpoena on behalf of his client. Nesheiwat and his counsel refused to accept service.

    7.    On August 9, 2021, having been unable to serve the initial subpoena, Plaintiff issued a second subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action directed to third-party, Sales Speek, which specified a response date of September 9, 2021.

    8.    On September 9, 2021, Nesheiwat's counsel sent Plaintiff a letter on behalf of Sales Speek. The letter purported to "return" the subpoena without action because, supposedly, Sales Speek "does not exist."

    9.    On September 17, 2021, Plaintiff's counsel served a discovery dispute letter, which requested that Sales Speek provide a complete response to the subpoena or provide availability to confer regarding a motion to compel.

    10.    On September 23, 2021, Nesheiwat's counsel sent a second letter that again claimed Sales Speek did not exist and stated that Plaintiff has "provided no

1 | evidence that Sales Speek ever conducted any business in California or elsewhere."

2 |     11.    On September 23, 2021, Plaintiff's counsel responded by directing Nesheiwat's counsel to the previously produced contracts that Nesheiwat signed on behalf of Sales Speek.

    12.    Despite additional follow up requests, Nesheiwat's counsel has refused to confer regarding the subpoena. Sales Speek has not provided any response or served any objections to the subpoena.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 8, 2021, in Denver, Colorado.

By:   */s/ Taylor T. Smith*

Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

# Exhibit 1

3901365

| ARTS-GS | Articles of Incorporation of a General Stock Corporation |

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A **$100** filing fee.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

**FILED**
Secretary of State
State of California
ICC APR 2 8 2016

This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is **SALES SPEEK, INC**

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may **not** list your own corporation as the agent. Do **not** list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. Jawad Nesheiwat
   *Agent's Name*

   b. 26631 CUENCA DR      MISSION VIEJO      CA  92691
   *Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box   City (no abbreviations)   State   Zip*

**Corporate Addresses**

④ a. 26631 CUENCA DR      MISSION VIEJO      CA  92691
   *Initial Street Address of Corporation - Do not list a P.O. Box   City (no abbreviations)   State   Zip*

   b. _____
   *Initial Mailing Address of Corporation, if different from 4a   City (no abbreviations)   State   Zip*

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.
The total number of shares which this corporation is authorized to issue is **10000**

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ [signature]          Jawad Nesheiwat
  *Incorporator - Sign here*   *Print your name here*

| Make check/money order payable to: **Secretary of State** | **By Mail** | **Drop-Off** |
| --- | --- | --- |
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-GS (REV 03/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be