# Exhibit D

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| **Woodrow & Peluso, LLC**<br>**3900 E. Mexico Ave Suite 300**<br>**Denver, CO 80210**<br><br>EMAIL:<br>ATTORNEY FOR: | | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br><br>**United States District Court, Central**<br>**411 W. Fourth St.**<br>**Santa Ana, CA 92701** | | |

| PLAINTIFF:<br>Erica Reiners, et al.,<br>DEFENDANT:<br>Chou Team Realty, LLC, et al., | COURT CASE NO:<br>**2:20-CV-06587-SB-ADS** |
|---|---|
| **Proof of Service** | LEVYING OFFICER FILE NO:<br>**2021103685** |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   f. other *(specify documents):*
   **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action**

3. a. Party Served *(specify name of party as shown on documents served):*

   **Sales Speek, Inc.**

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

   **Jawad Nesheiwat-Agent for Service**

4. Address where party was served:   **25751 Dillon Road**
   **Laguna Hills, CA 92653**

5. I served the party:

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 09/02/2021 at: 7:24 AM.

7. **Person who served the papers:**

   a. Name: **Technician R. Rogers #10097**

   b. Address: **4601 Jamboree Rd, Room 108, Newport Beach, CA 92660**

   c. Telephone number: **(949) 476-4820**

   d. **The fee** for service was: **$40.00**

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   Friday, September 3, 2021

Hearing: 09/09/2021   5:00 PM in Dept/Div:

by: *Ryan Rogers*

Sheriff's Authorized Agent
Don Barnes, Sheriff-Coroner

Judicial Council Form POS-010

**Attorney/Plaintiff**
(c) CountySuite Sheriff, Teleosoft, Inc.