# Exhibit A

Case 2:20-cv-06584-SB-AS Document 89-1 Filed 12/14/21 Page 4 of 6 Page ID #:807
Case 2:20-cv-06584-SB-AS Document 88-10 Filed 12/05/21 Page 4 of 6 Page ID #:2885
REDE Page 15 of 85



REQUEST 00000000008041399   1900.00
20180503 000008611190874+
ACCT ████████8556+
REQUESTOR U194388
23660899  07/03/2020 Research 23761397

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

Case 2:20-cv-06584-SB-AS Document 89-1 Filed 11/05/21 Page 3 of 4 Page ID #:808
Case 2:20-cv-06584-SB-AS Document 48-10 Filed 12/14/21 Page 5 of 6 Page ID #:2886
REDE Page 20 of 85



REQUEST 00000000008041399   2620.57
20180503 000008611190954+
ACCT ▆▆▆▆▆▆8556+
REQUESTOR U194388
23660899  07/03/2020 Research 23761397

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

Confidential

CFPB-EM-0107641

Case 2:20-cv-06684-SB-AS Document 88-9 Filed 11/05/21 Page 4 of 6 Page ID #:1809
Case 2:20-cv-06684-SB-AS Document 89-1 Filed 12/14/21 Page 4 of 6 Page ID #:2887
REDE Page 42 of 85

```
LOKI INVESTMENTS INC                                    1276
27662 ALISO CREEK RD STE 5202                      16-24/1220 4894
ALISO VIEJO, CA  92656
                                    6-25-18
                                    _____
                                         Date

Pay to the
Order of   Sales Speak                         $ 1,130.50

One thousand one hundred thirty dollars 50/100   Dollars

Wells Fargo Bank, N.A.
California
wellsfargo.com
                                                    [signature]
For  ADS

⑆122002471⑆     [redacted]  8556⑈ 01276
```

```
CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.
```

REQUEST 00000000008041399    1130.50
20180628 000008813750269+
ACCT [redacted] 8556+
REQUESTOR U194388
23660899  07/03/2020 Research 23761397

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

Confidential

CFPB-EM-0107663