1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10

11

12

13

14

15

16

17

18

19

| | |
|---|---|
| **Erica Reiners,** individually and on behalf of all others similarly situated, | Case No. 2:20-cv-06587-SB-ADS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MODIFY DISCOVERY SCHEDULE** |
| v. | Judge: Hon. Stanley Blumenfeld, Jr |
| **Chou Team Realty, LLC** d/b/a **MonsterLoans**, a California limited liability company, **Lend Tech Loans, Inc.**, a California corporation, **Sean Cowell**, an individual, **Thomas Chou**, an individual, **Mikael Van Loon**, an individual, **Jawad Nesheiwat**, an individual, and **Eduardo Martinez**, an individual, | Complaint filed: July 23, 2020 |
| Defendants. | |

20

21

22

23

Having considered the motion to modify the discovery schedule and finding good cause to grant a modification, the Court hereby modifies the current pretrial deadlines by adopting the Proposed Dates (as may have been modified) in the table below.

24

25

26

27

28

| Event | Prior Dates | Current Dates | Proposed Dates |
|---|---|---|---|
| **Discovery Deadline – Nonexpert** | 9/24/21 | 12/23/21 | 2/24/22 |
| **Discovery Deadline – Expert** | 11/26/21 | 2/24/22 | Vacated |
| Plaintiff's Expert Disclosures Due | 9/24/21 | 12/23/21 | Vacated |
| Defendants' Expert Disclosures Due | 10/15/21 | 1/13/22 | Vacated |
| Rebuttal Expert Disclosures Due | 10/29/21 | 1/27/22 | Vacated |
| **Discovery Motion Hearing Deadline** | 11/26/21 | 2/24/22 | 2/24/22 |
| **Class Certification Motion Filing Deadline** | 12/3/21 | 3/4/22 | 3/4/22 |
| Opposition to Class Certification Motion Due | 12/27/21 | 3/25/22 | 3/25/22 |
| Reply ISO Class Certification Motion Due | 1/7/22 | 4/8/22 | 4/8/22 |
| **Hearing on Class Certification Motion** | 1/28/22 | 4/29/22 | 4/29/22 |

Dated:        <**SELECT DATE**>

_____
**Stanley Blumenfeld, Jr.**
**United States District Judge**

- 1 -