# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Erica Reiners,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Chou Team Realty, LLC** d/b/a **MonsterLoans**, a California limited liability company, **Lend Tech Loans, Inc.**, a California corporation, **Sean Cowell**, an individual, **Thomas Chou**, an individual, **Mikael Van Loon**, an individual, **Jawad Nesheiwat**, an individual, and **Eduardo Martinez**, an individual,<br><br>Defendants. | Case No. 2:20-cv-06587-SB-ADSx<br><br>**ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>Judge: Hon. Autumn D. Spaeth<br><br>Date: December 8, 2021<br>Time: 10:00 a.m.<br>Place: Courtroom 6B, 6th Floor<br>Complaint filed: July 23, 2020<br>Discovery Cutoff: December 23, 2021 |

Having considered Plaintiff Erica Reiners's motion to compel compliance with subpoena, the Court hereby Orders Sales Speek, Inc. to provide a complete response to the subject subpoena. Responses are due on or before December 22, 2021.

DATED: December 8, 2021

/s/ Autumn D. Spaeth
**Autumn D. Spaeth**
**United States Magistrate Judge**