**PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
  plepiscopo@att.net
LEPISCOPO & ASSOCIATES LAW FIRM
695 Town Center Drive, 7TH Floor
Costa Mesa, California 92626
Telephone: (949) 878-9418
Facsimile: (619) 330-2991
Attorneys for Defendant, **JAWAD NESHEIWAT**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| **ERICA REINERS**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**CHOU TEAM REALTY LLC,** *et al.,*<br><br>    Defendants. | Case No.  **2:20-cv-06587-SB-ADS**<br><br>**JAWAD NESHEIWAT'S NOTICE OF INABILITY TO COMPLY WITH MAGISTRATE SPAETH'S 12/8/21 ORDER [ECF 92]**<br><br>HEARING: **December 8, 2021**<br>TIME: **10:00 a.m.**<br>COURTROOM:  **6-B**<br>JUDGE: **HON. AUTUMN D. SPAETH** |

This shall serve as notice that defendant, Jawad Nesheiwat, has been stricken ill with COVID-19, and, therefore, Sales Speek, Inc., will not be able to comply with the Honorable Autumn D. Spaeth's December 8, 2021, Order [ECF 92]. The undersigned counsel suggests a follow-up status report be filed on January 14, 2022.

Dated:  December 22, 2021.        **LEPISCOPO & ASSOCIATES LAW FIRM**

                                                       By:  /s/ Peter D. Lepiscopo_____
                                                             **PETER D. LEPISCOPO,**
                                                                *Counsel of Record*

                                                           Attorneys for Defendant, **JAWAD NESHEIWAT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the Court and all counsel of record via the Court's electronic filing system on December 22, 2021.

Dated: December 22, 2021.                    Respectfully submitted,

                                                                /s/ Peter D. Lepiscopo         .
                                                               **PETER D. LEPISCOPO**
                                                                 *Counsel of Record*

                                                               Attorneys for Defendant, **JAWAD NESHEIWAT**