FILED
CLERK, U.S. DISTRICT COURT

January 4, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Erica Reiners,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**Chou Team Realty, LLC** d/b/a **MonsterLoans**, a California limited liability company, **Lend Tech Loans, Inc.**, a California corporation, **Sean Cowell**, an individual, **Thomas Chou**, an individual, **Mikael Van Loon**, an individual, **Jawad Nesheiwat**, an individual, and **Eduardo Martinez**, an individual,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-06587-SB-ADS<br><br>**ORDER GRANTING UNOPPOSED MOTION TO MODIFY DISCOVERY SCHEDULE**<br><br>Judge: Hon. Stanley Blumenfeld, Jr<br>Complaint filed: July 23, 2020 |

　　　Having considered the motion to modify the discovery schedule and finding good cause to grant a modification, the Court hereby modifies the current pretrial deadlines by adopting the Proposed Dates in the table below.   The Court grants this order with the understanding that it will not affect the pretrial conference and trial dates.

| Event | Prior Dates | Current Dates | Proposed Dates |
|---|---|---|---|
| **Discovery Deadline – Nonexpert** | 9/24/21 | 12/23/21 | 2/24/22 |
| **Discovery Deadline – Expert** | 11/26/21 | 2/24/22 | 2/24/22 |
| Plaintiff's Expert Disclosures Due | 9/24/21 | 12/23/21 | 12/23/21 |
| Defendants' Expert Disclosures Due | 10/15/21 | 1/13/22 | 1/13/22 |
| Rebuttal Expert Disclosures Due | 10/29/21 | 1/27/22 | 1/27/22 |
| **Discovery Motion Hearing Deadline** | 11/26/21 | 2/24/22 | 2/24/22 |
| **Class Certification Motion Filing Deadline** | 12/3/21 | 3/4/22 | 3/4/22 |
| Opposition to Class Certification Motion Due | 12/27/21 | 3/25/22 | 3/25/22 |
| Reply ISO Class Certification Motion Due | 1/7/22 | 4/8/22 | 4/8/22 |
| **Hearing on Class Certification Motion** | 1/28/22 | 4/29/22 | 4/29/22 |

Dated: January 4, 2022



Stanley Blumenfeld, Jr.
United States District Judge

- 1 -