Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

*Pro Hac Vice*

Attorneys for Plaintiff and the Class

[Additional counsel appearing on signature line]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Erica Reiners,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Chou Team Realty, LLC** d/b/a **MonsterLoans**, a California limited liability company, **Lend Tech Loans, Inc.**, a California corporation, **Sean Cowell**, an individual, **Thomas Chou**, an individual, **Mikael Van Loon**, an individual, **Jawad Nesheiwat**, an individual, and **Eduardo Martinez**, an individual,<br><br>Defendants. | Case No.   2:20-cv-06587-SB-ADS<br><br>**JOINT MOTION FOR DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS AGAINST DEFENDANTS CHOU TEAM REALTY, LLC, SEAN COWELL, THOMAS CHOU, AND MIKAEL VAN LOON PURSUANT TO FED. R. CIV. P. 41(A)(2)**<br><br>Hearing: February 18, 2022<br>Time: 8:30 a.m.<br>Courtroom: 6C<br>Judge: Hon. Stanley Blumenfeld, Jr<br>Complaint filed: July 23, 2020 |

**PLEASE TAKE NOTICE THAT** on Friday, February 18, 2022, at 8:30 a.m. or as soon thereafter as the matter may be heard, counsel for Plaintiff Erica Reiners ("Plaintiff" or "Reiners") shall appear before the Honorable Stanley Blumenfeld, Jr. or any judge sitting in his stead in Courtroom 6C of the United States District Court for the Central District of California located at 350 West 1st Street, Los Angeles, California 90012 and present this Joint Motion for Dismissal of Plaintiff's Individual Claims Against Defendants Chou Team Realty, LLC, Sean Cowell, Thomas Chou, And Mikael Van Loon pursuant to Fed. R. Civ. P. 41(a)(2).

1  Plaintiff moves the Court for an Order dismissing Defendants Chou Team
2  Realty, LLC d/b/a MonsterLoans, Sean Cowell, Thomas Chou, and Mikael Van
3  Loon with prejudice. This Motion is based on this Notice and Motion, the
4  Memorandum in Support of the Motion, oral argument of counsel, and any other
5  matter that may be submitted at the hearing.

6  The undersigned certifies that he conferred with counsel for all parties in this
7  action pursuant to L.R. 7-3. Defendants Lend Tech Loans, Inc. and Eduardo Martinez
8  do not oppose the requested relief. Defendant Jawad Nesheiwat has indicated that he
9  intends to oppose this motion. Despite requests for his basis to oppose the motion,
10 Nesheiwat's counsel's only response was to state that he would oppose the motion
11 unless he received a copy of the confidential settlement agreement.

Respectfully submitted,

**Erica Reiners**, individually and on behalf of all others similarly situated,

Dated: January 11, 2022

 */s/ Taylor T. Smith*
One of Plaintiff's Attorneys

Aaron D. Aftergood (239853)
   aaron@aftergoodesq.com
The Aftergood Law Firm
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith (*admitted pro hac vice*)
   tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Class*

# MEMORANDUM AND POINTS OF AUTHORITY

Plaintiff Erica Reiners ("Plaintiff" or "Reiners") and Defendants Chou Team Realty, LLC d/b/a MonsterLoans ("MonsterLoans"), Sean Cowell ("Cowell"), Thomas Chou ("Chou"), Mikael Van Loon ("Van Loon") (collectively the "Settling Defendants", and together with the Plaintiff, the "Parties") hereby jointly move the Court for an order dismissing the Settling Defendants from this action. In support of this motion, the Parties state as follows:

1. On July 23, 2020, Plaintiff filed the Plaintiff filed the instant action alleging wide-scale violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681b, *et seq.* ("FCRA" or "Act") against the Settling Defendants as well as against Defendants Jawad Nesheiwat ("Nesheiwat"), Eduardo "Ed" Martinez ("Martinez"), Lend Tech Loans, Inc. ("Lend Tech"). (Dkt. 1.)

2. On August 16, 2021, the Parties attended a full-day mediation session with the Hon. Linda Quinn (ret.) of JAMS. While no settlement agreement was reached during the mediation, the Parties continued to discuss settlement in the months after the mediation. Eventually, Plaintiff reached a settlement agreement with the Settling Defendants to resolve Plaintiff's individual claims asserted against Settling Defendants. Claims held by absent class members remain unaffected.

3. Following the filing of an answer or a motion for summary judgment, Fed. R. Civ. P. 41(a)(2) only permits the dismissal of a portion of the defendants by Court order and "on terms that the court considers proper." *See, e.g., Real Est. Disposition Corp. v. Nat'l Home Auction Corp.*, No. CV 08-00435SJOEX, 2009 WL 764529, at *1 (C.D. Cal. Mar. 19, 2009); *Opthalmic Imaging Sys. v. Fukuhara*, No. CIVS04482LKKDAD, 2005 WL 3454019, at *2 (E.D. Cal. Dec. 15, 2005)

4. Here, Plaintiff has entered into an agreement with Settling Defendants to resolve her individual claims. As such, no further controversy exists between the parties. The claims of absent class members remain unaffected by the settlement.

5. Plaintiff and the Settling Defendants agree that each will bear their own costs and attorneys' fees.

6. Additionally, no class has been certified, meaning Rule 23(e) does not apply. Likewise, the case does not involve any receiver so as to implicate Rule 66.

7. Finally, Plaintiff's and the absent class members' claims asserted against Lend Tech Loans, Inc., Jawad Nesheiwat, and Eduardo "Ed" Martinez remain pending and unresolved. As none of these defendants have asserted any claims against the Settling Defendants, their claims will be unaffected.

Accordingly, in accordance with Fed. R. Civ. P. 41(a)(2), Plaintiff and Settling Defendants respectfully request that the Court enter an Order dismissing Plaintiff's individual claims against the Settling Defendants with prejudice.

Respectfully submitted,

Dated: January 11, 2022            By:   /s/ Taylor T. Smith

Aaron D. Aftergood (239853)
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone:  (310) 550-5221
Facsimile:   (310) 496-2840

Taylor T. Smith (*admitted pro hac vice*)
   tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone:  (720) 907-7628
Facsimile:   (303) 927-0809

Attorneys for Plaintiff Erica Reiners and the Class

Dated: January 11, 2022            By:   /s/ Sean P. Burke

Jeremy S. Johnson
jjohnson@bremerwhyte.com

| | |
|---|---|
| 1 | Benjamin Price |
| | bprice@bremerwhyte.com |
| 2 | Courtney M. Serrato |
| 3 | cserrato@bremerwhyte.com |
| | BREMER WHYTE BROWN & O'MEARA |
| 4 | LLP |
| 5 | 20320 S.W. Birch Street, Second Floor |
| | Newport Beach, California 92660 Telephone: |
| 6 | (949) 221-1000 |
| 7 | Facsimile: (949) 221-1001 |
| 8 | Sean P. Burke (admitted *pro hac vice*) |
| 9 | Mattingly Burke Cohen and Biederman LLP |
| | 155 East Market Street Suite 400 Indianapolis, |
| 10 | IN 46204 |
| 11 | 317-614-7324 |
| | Email: sean.burke@mbcblaw.com |
| 12 | |
| 13 | Attorneys for Defendants Chou Team Realty, |
| | LLC, Sean Cowell, Thomas Chou, Mikael |
| 14 | Van Loon |

JOINT MOTION TO DISMISS
-3-

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via Court's ECF system on January 11, 2022.

/s/ Taylor T. Smith