# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Erica Reiners,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Chou Team Realty, LLC** d/b/a **MonsterLoans**, a California limited liability company, **Lend Tech Loans, Inc.**, a California corporation, **Sean Cowell**, an individual, **Thomas Chou**, an individual, **Mikael Van Loon**, an individual, **Jawad Nesheiwat**, an individual, and **Eduardo Martinez**, an individual,<br><br>Defendants. | Case No. 2:20-cv-06587-SB-ADS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS AGAINST DEFENDANTS CHOU TEAM REALTY, LLC, SEAN COWELL, THOMAS CHOU, AND MIKAEL VAN LOON PURSUANT TO FED. R. CIV. P. 41(A)(2)**<br><br>Hearing: February 18, 2022<br>Time: 8:30 a.m.<br>Courtroom: 6C<br>Judge: Hon. Stanley Blumenfeld, Jr<br>Complaint filed: July 23, 2020 |

Having read and considered all matters presented to the Court, the Court finds that the Joint Motion for Dismissal of Plaintiff's Individual Claims Against Defendants Chou Team Realty, LLC, Sean Cowell, Thomas Chou, and Mikael Van Loon Pursuant to Fed. R. Civ. P. 41(a)(2) should be **GRANTED**.

1. Plaintiff's individual claims asserted against Chou Team Realty, LLC d/b/a MonsterLoans, Sean Cowell, Thomas Chou, and Mikael Van Loon are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2. Each Party shall bear their own respective costs and attorneys' fees.

3. Plaintiff's and the absent class members' claims asserted against Lend Tech Loans, Inc., Jawad Nesheiwat, and Eduardo "Ed" Martinez remain pending and unresolved.

**IT IS SO ORDERED.**

Dated: January 12, 2022

**Stanley Blumenfeld, Jr.**
**United States District Judge**

- 1 -