# Exhibit B

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | 651113 OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2016**
For calendar year 2016, or tax
year beginning _____, 2016
ending _____,

**Partner's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 15 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions |
| 4 | Guaranteed payments | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | | |
| | | | 19 | Distributions |
| 12 | Section 179 deduction | | | |
| 13 | Other deductions | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | | |

### Part I   Information About the Partnership

**A** Partnership's employer identification number
    ▇▇▇▇▇▇▇▇

**B** Partnership's name, address, city, state, and ZIP code

ASSURE DIRECT SERVICES, LP
23785 EL TORO RD STE 467
LAKE FOREST, CA 92630

**C** IRS Center where partnership filed return
    E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's identifying number
    ▇▇▇▇▇▇▇

**F** Partner's name, address, city, state, and ZIP code

SALES SPEEK, INC.
36631 CUENCA DR.
MISSIOIN VIEJO, CA 92691

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner? ...... **CORPORATION**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here .......................................... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | 9.5 % |
| Loss | % | 9.5 % |
| Capital | % | % |

**K** Partner's share of liabilities at year end:

Nonrecourse......................... $         950.
Qualified nonrecourse financing........ $
Recourse............................ $

**L** Partner's capital account analysis:

Beginning capital account............. $         0.
Capital contributed during the year.... $
Current year increase (decrease)...... $
Withdrawals & distributions.......... $
Ending capital account............... $         0.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

*See attached statement for additional information.

FOR IRS USE ONLY

BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.                    Schedule K-1 (Form 1065) 2016

PARTNER 8                                                                                    PTPA0312L  08/26/16

Schedule **K-1** (Form 1065) 2016   ASSURE DIRECT SERVICES, LP   Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

**1 Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2 Net rental real estate income (loss)** — See the Partner's Instructions

**3 Other net rental income (loss)**
- Net income — Schedule E, line 28, column (g)
- Net loss — See the Partner's Instructions

**4 Guaranteed payments** — Schedule E, line 28, column (j)
**5 Interest income** — Form 1040, line 8a
**6 a Ordinary dividends** — Form 1040, line 9a
**6 b Qualified dividends** — Form 1040, line 9b
**7 Royalties** — Schedule E, line 4
**8 Net short-term capital gain (loss)** — Schedule D, line 5
**9 a Net long-term capital gain (loss)** — Schedule D, line 12
**9 b Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
**9 c Unrecaptured section 1250 gain** — See the Partner's Instructions
**10 Net section 1231 gain (loss)** — See the Partner's Instructions
**11 Other income (loss)**
*Code*
- A Other portfolio income (loss) — See the Partner's Instructions
- B Involuntary conversions — See the Partner's Instructions
- C Sec. 1256 contracts & straddles — Form 6781, line 1
- D Mining exploration costs recapture — See Pub. 535
- E Cancellation of debt — Form 1040, line 21 or Form 982
- F Other income (loss) — See the Partner's Instructions

**12 Section 179 deduction** — See the Partner's Instructions
**13 Other deductions**
- A Cash contributions (50%)
- B Cash contributions (30%)
- C Noncash contributions (50%)
- D Noncash contributions (30%)
- E Capital gain property to a 50% organization (30%)
- F Capital gain property (20%)
- G Contributions (100%)

— See the Partner's Instructions

- H Investment interest expense — Form 4952, line 1
- I Deductions — royalty income — Schedule E, line 19
- J Section 59(e)(2) expenditures — See the Partner's Instructions
- K Deductions — portfolio (2% floor) — Schedule A, line 23
- L Deductions — portfolio (other) — Schedule A, line 28
- M Amounts paid for medical insurance — Schedule A, line 1 or Form 1040, line 29
- N Educational assistance benefits — See the Partner's Instructions
- O Dependent care benefits — Form 2441, line 12
- P Preproductive period expenses — See the Partner's Instructions
- Q Commercial revitalization deduction from rental real estate activities — See Form 8582 Instructions
- R Pensions and IRAs — See the Partner's Instructions
- S Reforestation expense deduction — See the Partner's Instructions
- T Domestic production activities information — See Form 8903 Instructions
- U Qualified production activities income — Form 8903, line 7b
- V Employer's Form W-2 wages — Form 8903, line 17
- W Other deductions — See the Partner's Instructions

**14 Self-employment earnings (loss)**
Note. If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.
- A Net earnings (loss) from self-employment — Schedule SE, Section A or B
- B Gross farming or fishing income — See the Partner's Instructions
- C Gross non-farm income — See the Partner's Instructions

**15 Credits**
- A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings
- B Low-income housing credit (other) from pre-2008 buildings
- C Low-income housing credit (section 42(j)(5)) from post-2007 buildings
- D Low-income housing credit (other) from post-2007 buildings
- E Qualified rehabilitation expenditures (rental real estate)
- F Other rental real estate credits
- G Other rental credits

— See the Partner's Instructions

- H Undistributed capital gains credit — Form 1040, line 73; check box a
- I Biofuel producer credit
- J Work opportunity credit — See the Partner's Instructions
- K Disabled access credit

| | Code | | Report on |
|---|---|---|---|
| | L | Empowerment zone employment credit | |
| | M | Credit for increasing research activities | See the Partner's Instructions |
| | N | Credit for employer social security and Medicare taxes | |
| | O | Backup withholding | |
| | P | Other credits | |

**16 Foreign transactions**
- A Name of country or U.S. possession
- B Gross income from all sources — Form 1116, Part I
- C Gross income sourced at partner level

*Foreign gross income sourced at partnership level*
- D Passive category
- E General category — Form 1116, Part I
- F Other

*Deductions allocated and apportioned at partner level*
- G Interest expense — Form 1116, Part I
- H Other — Form 1116, Part I

*Deductions allocated and apportioned at partnership level to foreign source income*
- I Passive category
- J General category — Form 1116, Part I
- K Other

*Other information*
- L Total foreign taxes paid — Form 1116, Part II
- M Total foreign taxes accrued — Form 1116, Part II
- N Reduction in taxes available for credit — Form 1116, line 12
- O Foreign trading gross receipts — Form 8873
- P Extraterritorial income exclusion — Form 8873
- Q Other foreign transactions — See the Partner's Instructions

**17 Alternative minimum tax (AMT) items**
- A Post-1986 depreciation adjustment
- B Adjusted gain or loss
- C Depletion (other than oil & gas)
- D Oil, gas, & geothermal — gross income
- E Oil, gas, & geothermal — deductions
- F Other AMT items

— See the Partner's Instructions and the Instructions for Form 6251

**18 Tax-exempt income and nondeductible expenses**
- A Tax-exempt interest income — Form 1040, line 8b
- B Other tax-exempt income — See the Partner's Instructions
- C Nondeductible expenses — See the Partner's Instructions

**19 Distributions**
- A Cash and marketable securities
- B Distribution subject to section 737 — See the Partner's Instructions
- C Other property

**20 Other information**
- A Investment income — Form 4952, line 4a
- B Investment expenses — Form 4952, line 5
- C Fuel tax credit information — Form 4136
- D Qualified rehabilitation expenditures (other than rental real estate) — See the Partner's Instructions
- E Basis of energy property — See the Partner's Instructions
- F Recapture of low-income housing credit (section 42(j)(5)) — Form 8611, line 8
- G Recapture of low-income housing credit (other) — Form 8611, line 8
- H Recapture of investment credit — See Form 4255
- I Recapture of other credits — See the Partner's Instructions
- J Look-back interest — completed long-term contracts — See Form 8697
- K Look-back interest — income forecast method — See Form 8866
- L Dispositions of property with section 179 deductions
- M Recapture of section 179 deduction
- N Interest expense for corporate partners
- O Section 453(l)(3) information
- P Section 453A(c) information
- Q Section 1260(b) information
- R Interest allocable to production expenditures
- S CCF nonqualified withdrawals
- T Depletion information — oil and gas
- U Reserved
- V Unrelated business taxable income
- W Precontribution gain (loss)
- X Section 108(i) information
- Y Net investment income
- Z Other information

— See the Partner's Instructions

PARTNER 8:   SALES SPEEK, INC.

PTPA0312L   08/26/16   Schedule **K-1**(Form 1065) 2016

| | | | |
|---|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | | 651113 OMB No. 1545-0123 |

# Schedule K-1 (Form 1065) 2016
For calendar year 2016, or tax year beginning _____, 2016 ending _____

Department of the Treasury — Internal Revenue Service

**Partner's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number: [redacted]

**B** Partnership's name, address, city, state, and ZIP code
CERTIFIED DOC PREP SERVICES, LP
1015 E. IMPERIAL HWY, UNIT C8
BREA, CA 92821

**C** IRS Center where partnership filed return: E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's identifying number: [redacted]

**F** Partner's name, address, city, state, and ZIP code
SALES SPEEK, INC.
36631 CUENCA DR.
MISSION VIEJO, CA 92691

**G** ☐ General partner or LLC member-manager     ☒ Limited partner or other LLC member

**H** ☒ Domestic partner     ☐ Foreign partner

**I1** What type of entity is this partner? ....... CORPORATION

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | 12.8 % |
| Loss | % | 12.8 % |
| Capital | % | 12.8 % |

**K** Partner's share of liabilities at year end:
- Nonrecourse................ $
- Qualified nonrecourse financing....... $
- Recourse................... $

**L** Partner's capital account analysis:
- Beginning capital account............. $ 0.
- Capital contributed during the year..... $
- Current year increase (decrease)...... $ 76,213.
- Withdrawals & distributions............ $ ( 64,218.)
- Ending capital account................ $ 11,995.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book   ☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss) **76,659.** | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | C  446. |
| 12 | Section 179 deduction | 19 | Distributions  A  64,218. |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

*For IRS Use Only*

BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.           Schedule K-1 (Form 1065) 2016

PARTNER 7                                                                            PTPA0312L  08/26/16

Schedule **K-1** (Form 1065) 2016   CERTIFIED DOC PREP SERVICES, LP   Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

| | | | | | |
|---|---|---|---|---|---|
| **1** | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | | | **Code** | *Report on* |
| | | *Report on* | | **L** Empowerment zone employment credit | ⎤ |
| | Passive loss | See the Partner's Instructions | | **M** Credit for increasing research activities | ⎥ See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (g) | | **N** Credit for employer social security and Medicare taxes | ⎥ |
| | Nonpassive loss | Schedule E, line 28, column (h) | | **O** Backup withholding | ⎥ |
| | Nonpassive income | Schedule E, line 28, column (j) | | **P** Other credits | ⎦ |
| **2** | **Net rental real estate income (loss)** | See the Partner's Instructions | **16** | **Foreign transactions** | |
| **3** | **Other net rental income (loss)** | | | **A** Name of country or U.S. possession | ⎤ |
| | Net income | Schedule E, line 28, column (g) | | **B** Gross income from all sources | ⎥ Form 1116, Part I |
| | Net loss | See the Partner's Instructions | | **C** Gross income sourced at partner level | ⎦ |
| **4** | **Guaranteed payments** | Schedule E, line 28, column (j) | | *Foreign gross income sourced at partnership level* | |
| **5** | **Interest income** | Form 1040, line 8a | | **D** Passive category | ⎤ |
| **6a** | **Ordinary dividends** | Form 1040, line 9a | | **E** General category | ⎥ Form 1116, Part I |
| **6b** | **Qualified dividends** | Form 1040, line 9b | | **F** Other | ⎦ |
| **7** | **Royalties** | Schedule E, line 4 | | *Deductions allocated and apportioned at partner level* | |
| **8** | **Net short-term capital gain (loss)** | Schedule D, line 5 | | **G** Interest expense | Form 1116, Part I |
| **9a** | **Net long-term capital gain (loss)** | Schedule D, line 12 | | **H** Other | Form 1116, Part I |
| **9b** | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) | | *Deductions allocated and apportioned at partnership level to foreign source income* | |
| **9c** | **Unrecaptured section 1250 gain** | See the Partner's Instructions | | **I** Passive category | ⎤ |
| **10** | **Net section 1231 gain (loss)** | See the Partner's Instructions | | **J** General category | ⎥ Form 1116, Part I |
| **11** | **Other income (loss)** | | | **K** Other | ⎦ |
| | *Code* | | | *Other information* | |
| | **A** Other portfolio income (loss) | See the Partner's Instructions | | **L** Total foreign taxes paid | Form 1116, Part II |
| | **B** Involuntary conversions | See the Partner's Instructions | | **M** Total foreign taxes accrued | Form 1116, Part II |
| | **C** Sec. 1256 contracts & straddles | Form 6781, line 1 | | **N** Reduction in taxes available for credit | Form 1116, line 12 |
| | **D** Mining exploration costs recapture | See Pub. 535 | | **O** Foreign trading gross receipts | Form 8873 |
| | **E** Cancellation of debt | Form 1040, line 21 or Form 982 | | **P** Extraterritorial income exclusion | Form 8873 |
| | **F** Other income (loss) | See the Partner's Instructions | | **Q** Other foreign transactions | See the Partner's Instructions |
| **12** | **Section 179 deduction** | See the Partner's Instructions | **17** | **Alternative minimum tax (AMT) items** | |
| **13** | **Other deductions** | | | **A** Post-1986 depreciation adjustment | ⎤ |
| | **A** Cash contributions (50%) | ⎤ | | **B** Adjusted gain or loss | ⎥ |
| | **B** Cash contributions (30%) | ⎥ | | **C** Depletion (other than oil & gas) | ⎥ See the Partner's Instructions and the Instructions for Form 6251 |
| | **C** Noncash contributions (50%) | ⎥ See the Partner's Instructions | | **D** Oil, gas, & geothermal — gross income | ⎥ |
| | **D** Noncash contributions (30%) | ⎥ | | **E** Oil, gas, & geothermal — deductions | ⎥ |
| | **E** Capital gain property to a 50% organization (30%) | ⎥ | | **F** Other AMT items | ⎦ |
| | **F** Capital gain property (20%) | ⎥ | **18** | **Tax-exempt income and nondeductible expenses** | |
| | **G** Contributions (100%) | ⎦ | | **A** Tax-exempt interest income | Form 1040, line 8b |
| | **H** Investment interest expense | Form 4952, line 1 | | **B** Other tax-exempt income | See the Partner's Instructions |
| | **I** Deductions — royalty income | Schedule E, line 19 | | **C** Nondeductible expenses | See the Partner's Instructions |
| | **J** Section 59(e)(2) expenditures | See the Partner's Instructions | **19** | **Distributions** | |
| | **K** Deductions — portfolio (2% floor) | Schedule A, line 23 | | **A** Cash and marketable securities | ⎤ |
| | **L** Deductions — portfolio (other) | Schedule A, line 28 | | **B** Distribution subject to section 737 | ⎥ See the Partner's Instructions |
| | **M** Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 | | **C** Other property | ⎦ |
| | **N** Educational assistance benefits | See the Partner's Instructions | **20** | **Other information** | |
| | **O** Dependent care benefits | Form 2441, line 12 | | **A** Investment income | Form 4952, line 4a |
| | **P** Preproductive period expenses | See the Partner's Instructions | | **B** Investment expenses | Form 4952, line 5 |
| | **Q** Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions | | **C** Fuel tax credit information | Form 4136 |
| | **R** Pensions and IRAs | See the Partner's Instructions | | **D** Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| | **S** Reforestation expense deduction | See the Partner's Instructions | | **E** Basis of energy property | See the Partner's Instructions |
| | **T** Domestic production activities information | See Form 8903 Instructions | | **F** Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | **U** Qualified production activities income | Form 8903, line 7b | | **G** Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | **V** Employer's Form W-2 wages | Form 8903, line 17 | | **H** Recapture of investment credit | See Form 4255 |
| | **W** Other deductions | See the Partner's Instructions | | **I** Recapture of other credits | See the Partner's Instructions |
| **14** | **Self-employment earnings (loss)** | | | **J** Look-back interest — completed long-term contracts | See Form 8697 |
| **Note.** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE. | | | | **K** Look-back interest — income forecast method | See Form 8866 |
| | **A** Net earnings (loss) from self-employment | Schedule SE, Section A or B | | **L** Dispositions of property with section 179 deductions | ⎤ |
| | **B** Gross farming or fishing income | See the Partner's Instructions | | **M** Recapture of section 179 deduction | ⎥ |
| | **C** Gross non-farm income | See the Partner's Instructions | | **N** Interest expense for corporate partners | ⎥ |
| **15** | **Credits** | | | **O** Section 453(l)(3) information | ⎥ |
| | **A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | ⎤ | | **P** Section 453A(c) information | ⎥ |
| | **B** Low-income housing credit (other) from pre-2008 buildings | ⎥ | | **Q** Section 1260(b) information | ⎥ |
| | **C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings | ⎥ | | **R** Interest allocable to production expenditures | ⎥ See the Partner's Instructions |
| | **D** Low-income housing credit (other) from post-2007 buildings | ⎥ See the Partner's Instructions | | **S** CCF nonqualified withdrawals | ⎥ |
| | **E** Qualified rehabilitation expenditures (rental real estate) | ⎥ | | **T** Depletion information — oil and gas | ⎥ |
| | **F** Other rental real estate credits | ⎥ | | **U** Reserved | ⎥ |
| | **G** Other rental credits | ⎦ | | **V** Unrelated business taxable income | ⎥ |
| | **H** Undistributed capital gains credit | Form 1040, line 73; check box a | | **W** Precontribution gain (loss) | ⎥ |
| | **I** Biofuel producer credit | ⎤ | | **X** Section 108(i) information | ⎥ |
| | **J** Work opportunity credit | ⎥ See the Partner's Instructions | | **Y** Net investment income | ⎥ |
| | **K** Disabled access credit | ⎦ | | **Z** Other information | ⎦ |

PARTNER 7:   SALES SPEEK, INC.    PTPA0312L 08/26/16    Schedule **K-1** (Form 1065) 2016

651113

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

# Schedule K-1
## (Form 1065)
### 2016
For calendar year 2016, or tax year beginning _____, 2016 ending _____,

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

### Part I — Information About the Partnership

**A** Partnership's employer identification number
[REDACTED]

**B** Partnership's name, address, city, state, and ZIP code

DOCUMENT PREPARATION SERVICES, LP
3 WHATNEY, SUITE 100
IRVINE, CA 92618

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's identifying number
[REDACTED]

**F** Partner's name, address, city, state, and ZIP code

SALES SPEEK, INC.
36631 CUENCA DR.
MISSION VIEJO, CA 92691

**G** ☐ General partner or LLC member-manager     ☒ Limited partner or other LLC member

**H** ☒ Domestic partner     ☐ Foreign partner

**I1** What type of entity is this partner? ....... CORPORATION

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here .............................. ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | 16 % |
| Loss | % | 16 % |
| Capital | % | 16 % |

**K** Partner's share of liabilities at year end:

Nonrecourse ..................... $ 28.
Qualified nonrecourse financing ....... $
Recourse ........................ $

**L** Partner's capital account analysis:

Beginning capital account ........... $ 0.
Capital contributed during the year ..... $
Current year increase (decrease) ..... $ 129,786.
Withdrawals & distributions ......... $ ( 120,960.)
Ending capital account ............ $ 8,826.

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If 'Yes', attach statement (see instructions)

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) 133,852. | 15 | Credits | |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions | |
| 4 | Guaranteed payments | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items | |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses | |
| 11 | Other income (loss) | | C    1,594. | |
| 12 | Section 179 deduction 2,472. | 19 | Distributions A    120,960. | |
| 13 | Other deductions | 20 | Other information | |
| 14 | Self-employment earnings (loss) | | | |

*See attached statement for additional information.

F O R   I R S   U S E   O N L Y

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.     Schedule **K-1** (Form 1065) 2016

PARTNER 5

PTPA0312L 08/26/16

Schedule **K-1** (Form 1065) 2016   DOCUMENT PREPARATION SERVICES, LP   Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

**1  Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2  Net rental real estate income (loss)**  See the Partner's Instructions
**3  Other net rental income (loss)**
  Net income  Schedule E, line 28, column (g)
  Net loss  See the Partner's Instructions
**4  Guaranteed payments**  Schedule E, line 28, column (j)
**5  Interest income**  Form 1040, line 8a
**6 a Ordinary dividends**  Form 1040, line 9a
**6 b Qualified dividends**  Form 1040, line 9b
**7  Royalties**  Schedule E, line 4
**8  Net short-term capital gain (loss)**  Schedule D, line 5
**9 a Net long-term capital gain (loss)**  Schedule D, line 12
**9 b Collectibles (28%) gain (loss)**  28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
**9 c Unrecaptured section 1250 gain**  See the Partner's Instructions
**10  Net section 1231 gain (loss)**  See the Partner's Instructions
**11  Other income (loss)**
  *Code*
  **A** Other portfolio income (loss)  See the Partner's Instructions
  **B** Involuntary conversions  See the Partner's Instructions
  **C** Sec. 1256 contracts & straddles  Form 6781, line 1
  **D** Mining exploration costs recapture  See Pub. 535
  **E** Cancellation of debt  Form 1040, line 21 or Form 982
  **F** Other income (loss)  See the Partner's Instructions
**12  Section 179 deduction**  See the Partner's Instructions
**13  Other deductions**
  **A** Cash contributions (50%)
  **B** Cash contributions (30%)
  **C** Noncash contributions (50%)
  **D** Noncash contributions (30%)     See the Partner's Instructions
  **E** Capital gain property to a 50% organization (30%)
  **F** Capital gain property (20%)
  **G** Contributions (100%)
  **H** Investment interest expense  Form 4952, line 1
  **I** Deductions — royalty income  Schedule E, line 19
  **J** Section 59(e)(2) expenditures  See the Partner's Instructions
  **K** Deductions — portfolio (2% floor)  Schedule A, line 23
  **L** Deductions — portfolio (other)  Schedule A, line 28
  **M** Amounts paid for medical insurance  Schedule A, line 1 or Form 1040, line 29
  **N** Educational assistance benefits  See the Partner's Instructions
  **O** Dependent care benefits  Form 2441, line 12
  **P** Preproductive period expenses  See the Partner's Instructions
  **Q** Commercial revitalization deduction from rental real estate activities  See Form 8582 Instructions
  **R** Pensions and IRAs  See the Partner's Instructions
  **S** Reforestation expense deduction  See the Partner's Instructions
  **T** Domestic production activities information  See Form 8903 Instructions
  **U** Qualified production activities income  Form 8903, line 7b
  **V** Employer's Form W-2 wages  Form 8903, line 17
  **W** Other deductions  See the Partner's Instructions
**14  Self-employment earnings (loss)**
Note. If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.
  **A** Net earnings (loss) from self-employment  Schedule SE, Section A or B
  **B** Gross farming or fishing income  See the Partner's Instructions
  **C** Gross non-farm income  See the Partner's Instructions
**15  Credits**
  **A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings
  **B** Low-income housing credit (other) from pre-2008 buildings
  **C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings
  **D** Low-income housing credit (other) from post-2007 buildings      See the Partner's Instructions
  **E** Qualified rehabilitation expenditures (rental real estate)
  **F** Other rental real estate credits
  **G** Other rental credits
  **H** Undistributed capital gains credit  Form 1040, line 73; check box a
  **I** Biofuel producer credit
  **J** Work opportunity credit     See the Partner's Instructions
  **K** Disabled access credit

| | *Code* | | *Report on* |
|---|---|---|---|
| | **L** Empowerment zone employment credit | | |
| | **M** Credit for increasing research activities | | See the Partner's Instructions |
| | **N** Credit for employer social security and Medicare taxes | | |
| | **O** Backup withholding | | |
| | **P** Other credits | | |

**16  Foreign transactions**
  **A** Name of country or U.S. possession
  **B** Gross income from all sources     Form 1116, Part I
  **C** Gross income sourced at partner level
  *Foreign gross income sourced at partnership level*
  **D** Passive category
  **E** General category     Form 1116, Part I
  **F** Other
  *Deductions allocated and apportioned at partner level*
  **G** Interest expense  Form 1116, Part I
  **H** Other  Form 1116, Part I
  *Deductions allocated and apportioned at partnership level to foreign source income*
  **I** Passive category
  **J** General category     Form 1116, Part I
  **K** Other
  *Other information*
  **L** Total foreign taxes paid  Form 1116, Part II
  **M** Total foreign taxes accrued  Form 1116, Part II
  **N** Reduction in taxes available for credit  Form 1116, line 12
  **O** Foreign trading gross receipts  Form 8873
  **P** Extraterritorial income exclusion  Form 8873
  **Q** Other foreign transactions  See the Partner's Instructions
**17  Alternative minimum tax (AMT) items**
  **A** Post-1986 depreciation adjustment
  **B** Adjusted gain or loss
  **C** Depletion (other than oil & gas)     See the Partner's Instructions and the Instructions for Form 6251
  **D** Oil, gas, & geothermal — gross income
  **E** Oil, gas, & geothermal — deductions
  **F** Other AMT items
**18  Tax-exempt income and nondeductible expenses**
  **A** Tax-exempt interest income  Form 1040, line 8b
  **B** Other tax-exempt income  See the Partner's Instructions
  **C** Nondeductible expenses  See the Partner's Instructions
**19  Distributions**
  **A** Cash and marketable securities
  **B** Distribution subject to section 737     See the Partner's Instructions
  **C** Other property
**20  Other information**
  **A** Investment income  Form 4952, line 4a
  **B** Investment expenses  Form 4952, line 5
  **C** Fuel tax credit information  Form 4136
  **D** Qualified rehabilitation expenditures (other than rental real estate)  See the Partner's Instructions
  **E** Basis of energy property  See the Partner's Instructions
  **F** Recapture of low-income housing credit (section 42(j)(5))  Form 8611, line 8
  **G** Recapture of low-income housing credit (other)  Form 8611, line 8
  **H** Recapture of investment credit  See Form 4255
  **I** Recapture of other credits  See the Partner's Instructions
  **J** Look-back interest — completed long-term contracts  See Form 8697
  **K** Look-back interest — income forecast method  See Form 8866
  **L** Dispositions of property with section 179 deductions
  **M** Recapture of section 179 deduction
  **N** Interest expense for corporate partners
  **O** Section 453(l)(3) information
  **P** Section 453A(c) information
  **Q** Section 1260(b) information
  **R** Interest allocable to production expenditures     See the Partner's Instructions
  **S** CCF nonqualified withdrawals
  **T** Depletion information — oil and gas
  **U** Reserved
  **V** Unrelated business taxable income
  **W** Precontribution gain (loss)
  **X** Section 108(i) information
  **Y** Net investment income
  **Z** Other information

PARTNER 5:   SALES SPEEK, INC.

PTPA0312L  08/26/16   Schedule **K-1**(Form 1065) 2016