# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Erica Reiners,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Chou Team Realty, LLC** d/b/a **MonsterLoans**, a California limited liability company, **Lend Tech Loans, Inc.**, a California corporation, **Sean Cowell**, an individual, **Thomas Chou**, an individual, **Mikael Van Loon**, an individual, **Jawad Nesheiwat**, an individual, and **Eduardo Martinez**, an individual,<br><br>Defendants. | Case No. 2:20-cv-06587-SB-ADS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH DECEMBER 8, 2021 ORDER (Dkt. 92)**<br><br>Judge: Hon. Autumn D. Spaeth<br><br>Date: February 9, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 6B, 6th Floor<br>Complaint filed: July 23, 2020<br>Discovery Cutoff: December 23, 2021 |

Having considered Plaintiff Erica Reiners's motion to compel compliance with the Court's December 8, 2021 Order, the Court hereby finds as follows:

1. The Motion is **GRANTED**;

2. Sales Speek, Inc. is **ORDERED** to comply with the Court's December 8, 2021 Order and must provide a complete response to the subject subpoena within two (2) days; and

3. Sales Speek is further **ORDERED** to show cause within fourteen (14) days why it should not be held in contempt for failing to comply with the Court's

1  December 8, 2021 Order.

2  **IT IS HEREBY ORDERED.**

                                            **Autumn D. Spaeth**
                                  **United States Magistrate Judge**

- 1 -