Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

[Additional counsel appearing on signature page]

Attorneys for Plaintiff and the Classes

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Erica Reiners,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Chou Team Realty, LLC** d/b/a **MonsterLoans**, a California limited liability company, **Lend Tech Loans, Inc.**, a California corporation, **Sean Cowell**, an individual, **Thomas Chou**, an individual, **Mikael Van Loon**, an individual, **Jawad Nesheiwat**, an individual, and **Eduardo Martinez**, an individual,<br><br>Defendants. | Case No. 2:20-cv-06587-SB-ADS<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Erica Reiners ("Plaintiff" or "Reiners") hereby provides notice that she has reached a settlement with Lend Tech Loans, Inc. ("Lend Tech") and Eduardo Martinez ("Martinez", collectively with Lend Tech, "Settling Defendants"). Plaintiff states as follows:

1. Plaintiff filed the instant case alleging widescale violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681b, *et seq.* ("FCRA"). (*See* Dkt. 1.)

2. Plaintiff and Settling Defendants have engaged in settlement discussions and have reached an agreement in principle to resolve the individual

claims brought by Plaintiff against Settling Defendants. The parties are working to finalize a settlement agreement and anticipate filing a motion to dismiss with prejudice Plaintiff's individual claims against Settling Defendants and without prejudice the putative class claims against Settling Defendants.

3. Plaintiff anticipates filing the motion to dismiss within ninety (90) days.

4. Finally, Plaintiff's and the absent class members' claims asserted against Jawad Nesheiwat remain pending and unresolved.

Respectfully submitted,

Dated: February 16, 2022        By:     */s/ Taylor T. Smith*

Aaron D. Aftergood (239853)
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone:  (310) 550-5221
Facsimile:   (310) 496-2840

Taylor T. Smith (*admitted pro hac vice*)
    tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone:  (720) 907-7628
Facsimile:   (303) 927-0809

Attorneys for Plaintiff Erica Reiners and the Class

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on February 16, 2022.

<em>/s/ Taylor T. Smith</em>