UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-06587-SB-ADS | Date: | February 17, 2022 |
|---|---|---|---|

| Title: | *Erica Reiners v. Chou Team Realty, LLC et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Jennifer Graciano | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**     **ORDER OF DISMISSAL**

    On February 16, 2022, Plaintiff Erica Reiners filed a notice of settlement as to the claims against Defendants Len Tech Loans, Inc. and Eduardo Martinez (Settling Defendants). Dkt. No. 107. The claims against Settling Defendants are therefore dismissed without prejudice. For 90 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen these claims nunc pro tunc on motion of any party. By operation of this order and without further court action, the dismissal of Plaintiff's individual claims against Settling Defendants will convert to a dismissal with prejudice on the 91st day, absent a timely motion to vacate and reopen.

    The Court expects the parties to finalize their settlement or else move to reopen within the next 90 days as ordered above. *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit* **at least seven days before the deadline** *a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to appear in court with a client*

*representative to explain why the settlement could not be completed in the time allowed.* **IT IS SO ORDERED**.