Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

[Additional counsel appearing on signature page]

Attorneys for Plaintiff and the Classes

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Erica Reiners,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Chou Team Realty, LLC** d/b/a **MonsterLoans**, a California limited liability company, **Lend Tech Loans, Inc.**, a California corporation, **Sean Cowell**, an individual, **Thomas Chou**, an individual, **Mikael Van Loon**, an individual, **Jawad Nesheiwat**, an individual, and **Eduardo Martinez**, an individual,<br><br>Defendants. | Case No. 2:20-cv-06587-SB-ADS<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Erica Reiners ("Plaintiff" or "Reiners") hereby provides notice that she has reached a settlement with Defendant Jawad Nesheiwat ("Nesheiwat" or "Defendant"). Plaintiff states as follows:

1. Plaintiff filed the instant case alleging widescale violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681b, *et seq.* ("FCRA"). (*See* Dkt. 1.)

2. Plaintiff and Nesheiwat have engaged in settlement discussions and have reached an agreement in principle to resolve the individual claims brought by Plaintiff against Nesheiwat. The parties are working to finalize a settlement

1 agreement and anticipate filing a motion to dismiss with prejudice Plaintiff's individual claims against Nesheiwat and without prejudice the putative class claims against Nesheiwat.

3. Plaintiff anticipates filing the motion to dismiss within ninety (90) days.

Respectfully submitted,

Dated: February 28, 2022          By:    /s/ Taylor T. Smith

Aaron D. Aftergood (239853)
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone:  (310) 550-5221
Facsimile:   (310) 496-2840

Taylor T. Smith (*admitted pro hac vice*)
   tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone:  (720) 907-7628
Facsimile:   (303) 927-0809

Attorneys for Plaintiff Erica Reiners and the Class

NOTICE OF SETTLEMENT
- 2 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on February 28, 2022.

<em>/s/ Taylor T. Smith</em>